FILED: December 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2525
(2014-0425)

_____

METRO MACHINE CORPORATION, d/b/a General Dynamics NASSCO-Norfolk; SIGNAL MUTUAL INDEMNITY ASSOCIATION, LIMITED

   Petitioners

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; JOHN D. STEPHENSON

   Respondents

---

This case has been opened in this court.

| | |
|---|---|
| Originating Court | Benefits Review Board |
| Originating Case Number | 2014-0425 |
| Date Petition Filed: | 12/09/2015 |
| Petitioner(s) | Metro Machine Corporation |
| Appellate Case Number | 15-2525 |
| Case Manager | RJ Warren<br>804-916-2702 |