# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

METRO MACHINE CORP., et al.    )
    )
    Petitioners,    )
    )
    v.    )
    )    No. 15-2525
JOHN D. STEPHENSON    )
    )
    and    )
    )
DIRECTOR, OFFICE OF WORKERS'    )
COMPENSATION PROGRAMS, UNITED )
STATES DEPARTMENT OF LABOR,    )
    )
    Respondents.    )

## MOTION TO EXTEND TIME FOR FILING OF THE DIRECTOR'S RESPONSE BRIEF AND FOR LEAVE TO FILE SEPARATE BRIEF

The Director, Office of Workers' Compensation Programs ("Director"),

pursuant to Fed. R. App. Proc. 26(b) and Local Rules 28(a), 28 (d), and 31(c),

hereby moves to extend the time for filing of his brief by 30 days, and for leave to

file a separate response brief, and in support states:

1.    The Director's brief is currently due to be filed with the Court on

February 22, 2016.  He has requested no other extensions of time to file his brief.

2.    This case arises under the Longshore and Harbor Workers'

Compensation Act (LHWCA), 33 U.S.C. §§ 901-50.  The question is whether the

Act's presumption that a claim comes within its provisions, 33 U.S.C. § 920(a), applies to claims for consequential injuries, *i.e.*, those that occur as a result of the initial workplace injury. This is an issue that has never been directly addressed by this Court. As a result, additional consultations between agency officials and attorneys in the Solicitor's office must occur before the Director's brief may be drafted. Such consultations and supervisory review of the draft cannot be completed in time to allow filing of the brief by the current deadline.

      3.     In addition, the federal government in Washington, D.C. was closed due to a snow storm on January 23, 24, 25, and 26, and for half days on January 22 and 27. These closures have delayed the preparation of the Director's brief.

      4.     Attorneys for the Director have also been preparing a response brief in *Chugach Management Services v. Jetnil,* 9th Cir. Case No. 15-72873, which was filed on February 9, 2016 (attorneys Boyle and Reinhalter); a response brief in *Baker v. Director, OWCP*, 5th Cir. Case No. 15-60634, which involved a novel question under the Outer Continental Land Shelf Act, 43 U.S.C. § 1331 *et seq.*, filed January 29, 2016, (attorney Reinhalter); and a brief in opposition to a petition for certiorari in *Eason v. Huntington Ingalls Industries*, Supreme Ct. Case No. 15-551, filed January 28, 2016 (attorneys Boyle and Reinhalter). Finally, attorney Bajkowski was on leave from February 5-10, 2016.

5.     The Director's request for leave to file a separate brief is based on particularized interests not shared with either private party.  Specifically, the private parties' primary interest is monetary, *i.e.*, the grant or denial of compensation under the LHWCA.  The Director's interest, by contrast, is to ensure the adoption of what he believes to be the proper interpretation of the Act.  In appeals from the Benefits Review Board to the Courts of Appeals, the Director is entitled to appear as a Respondent.  *Ingalls Shipbuilding, Inc. v. Director, OWCP (Yates)*, 519 U.S. 248, 265-66 (1997).

6.     In accordance with Fourth Circuit Local Rule 27(a), counsel for the Director has contacted counsel for the private parties to inform them of the intended filing of this motion, and neither has an objection.

Accordingly, the Director respectfully requests that the time for filing his brief be extended by 30 days, to March 23, 2016, and that he be permitted to file a separate brief.

Respectfully submitted,

M. PATRICIA SMITH
Solicitor of Labor

RAE ELLEN JAMES
Associate Solicitor

MARK A. REINHALTER
Counsel for Longshore

SEAN G. BAJKOWSKI
Appellate Counsel

__/s/_____
MATTHEW W. BOYLE
Attorney
U.S. Department of Labor
Office of the Solicitor
200 Constitution Ave., N.W., Suite N-2117
Washington, D.C. 20210
(202) 693-5660

Attorneys for the Director, Office of
Workers' Compensation Programs

# CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2016, the foregoing motion was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit electronically through the CM/ECF system, which sends notification of such filing to counsel of record, who are listed below:

F. Nash Bilisoly
VANDEVENTER BLACK, LLP
500 World Trade Center
101 West Main Street
Norfolk, Virginia 23510
*Counsel for Petitioner*

Gregory E. Camden, Esq.
MONTAGNA, KLEIN, CAMDEN, LLP
425 Monticello Ave.
Norfolk, VA 23510
*Counsel for Respondent Stephenson*

                         /s/_____
                         MATTHEW W. BOYLE