UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2525
(2014-0425)

_____

METRO MACHINE CORPORATION, d/b/a General Dynamics NASSCO-Norfolk; SIGNAL MUTUAL INDEMNITY ASSOCIATION, LIMITED

      Petitioners

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; JOHN D. STEPHENSON

      Respondents

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion. All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response briefs shall be disfavored. The briefing schedule is extended as follows:

Response briefs due: 03/14/2016

Any reply brief: 14 days from service of response brief.

                                        For the Court--By Direction

                                        <u>/s/ Patricia S. Connor, Clerk</u>