IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**METRO MACHINE CORPORATION, d/b/a**
**General Dynamics NASSCO-Norfolk;**
**SIGNAL MUTUAL INDEMNITY**
**ASSOCIATION, LIMITED,**

      Petitioners,                              Record No.: 15-2525

v.

**JOHN D. STEPHENSON; DIRECTOR,**
**OFFICE OF WORKERS' COMPENSATION PROGRAMS**
**UNITED STATES DEPARTMENT OF LABOR,**

      Respondents.

## RESPONDENT'S CONSENT FOR LEAVE TO FILE A SUPPLEMENTAL JOINT APPENDIX

Respondent, John D. Stephenson, hereby submits this Consent Motion for Leave to File a Supplemental Joint Appendix. In support of this Motion, Respondent states:

    1.  On January 19, 2016, Petitioners, jointly with the Respondents, filed a Joint Appendix.

    2.  On January 19, 2016, Petitioners filed the Brief of Petitioners.

    3.  In Respondent's Response Brief, Respondent cites to material within the Certified List of the case record that is currently not included in the Joint Appendix.

1

4. Specifically, Respondent cites to a portion of the Administrative Hearing exhibit, Claimant's Exhibits CX 11; Discharge Summary from Sentara Leigh Hospital, CX 11-1, CX 11-2, CX 11-3, CX 11-4, CX 11-5, CX 11-6, and CX 11-7; and Claimant's Exhibit 14; medical records from Dr. Alireza Jamali at Orthopaedic & Sports Specialists, Inc., CX 14-1, CX 14-2, CX 14-3, CX 14-4, CX 14-5, CX 14-6, CX 14-7, CX 14-8, and CX 14-9.

5. Respondent has advised the Petitioners and Respondent, Department of Labor, of Respondent's intention to include the above referenced material in a Supplemental Joint Appendix. The Petitioners and Respondent, Department of Labor, consents to Respondent's Motion.

6. WHEREFORE, Respondent, John D. Stephenson, respectfully moves to file a Supplemental Joint Appendix to include the above-referenced material.

                                              Respectfully Submitted,

                                              /s/ Gregory E. Camden
                                              Gregory E. Camden, Esquire
                                              Counsel for Respondent
                                              VSB No.: 36954
                                              Montagna Klein Camden, LLP
                                              425 Monticello Avenue
                                              Norfolk, Virginia 23510
                                              Tel No.: (757) 622-8100
                                              Fax No.: (757) 622-8180
                                              Email:   gcamden@montagnalaw.com

Dated:       March 7, 2016

# **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 7th day of March, 2016, I caused this Respondent's Consent Motion for Leave to File a Supplemental Joint Appendix to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

| | |
|---|---|
| Matthew W. Boyle | F. Nash Bilisoly |
| Mark Reinhalter | Vandeventer Black, LLP |
| U.S. Department of Labor | 500 World Trade Center |
| 200 Constitution Avenue, NW, N-2117 | 101 West Main Street |
| Washington, DC 20210 | Norfolk, Virginia 23510 |
| (202) 693-5658 | (757) 446-8600 |
| | |
| *Counsel for Respondent* | *Counsel for Petitioners,* |
| *Director, Office of Workers'* | *Metro Machine Corp., d/b/a* |
| *Compensation Programs,* | *General Dynamics NASSCO-* |
| *Department of Labor* | *Norfolk; Signal Indemnity* |
| | *Association, Limited* |
| | |
| | /s/ Gregory E. Camden |
| | *Counsel for Respondent* |

SENTARA LEIGH HOSPITAL  
830 Kempsville Road  
Norfolk, VA 23502

STEPHENSON, JOHN D  
MRN: 10167837  
DOB: 9/30/1942, Sex: M

**Discharge Summary Notes (continued)**

LOCATION OF PATIENT:  
Room: 0287 - Sentara Leigh Hospital

DATE OF ADMISSION:  
2/19/2008

DATE OF DISCHARGE:  
2/26/2008

FOLLOWING PHYSICIAN:  
Ignacio Ripoll, MD.

PRIMARY DIAGNOSES:
1. Exacerbation of chronic obstructive pulmonary disease with bronchitis and hypoxic respiratory insufficiency - home oxygen initiated.
2. Moderate emphysema - abstinence from tobacco since 1996.
3. Mild glucose intolerance secondary to steroids - resolving.
4. Adenomatous colon polyps, up-to-date with screening colonoscopies.
5. Hyperlipidemia, on therapy.

HISTORY:  
History of Present Illness: John Stephenson is a 65-year-old married white male, Metro machine employee, followed by Dr. John Becher and Dr. Ignacio Ripoll for moderate chronic obstructive pulmonary disease, adenomatous colon polyps, and hyperlipidemia who is admitted to the hospital with a several-day history of increasing shortness of breath; cough productive of yellow, dark gray sputum; and hypoxic respiratory insufficiency. Oxygen saturation was 90% on room air and dropped to 81% walking in the emergency room. He was afebrile, and chest x-ray showed no acute infiltrates. He states his symptoms have been worse since he has returned to exertional work in Metro machine with exposure to welding fumes. He is abstinent from tobacco. Please admission history and physical examination by Dr. Laura Powers for further details.

ALLERGIES:  
None known.

PAST MEDICAL HISTORY, FAMILY HISTORY, SOCIAL HISTORY, REVIEW OF SYSTEMS, AND PHYSICAL EXAMINATION:  
Per Dr. Powers.

HOSPITAL COURSE:  
Exacerbation of chronic obstructive pulmonary disease. The patient was admitted to the hospital and treated with rest, supplemental oxygen, steroid therapy, and empiric antibiotic therapy with Avelox. He clinically improved, although at discharge remains with persistent hypoxic respiratory insufficiency. Oxygen saturation was 89% to 90% on room air at rest and drops to 82% on room air after ambulating in the hall. He is abstinence from tobacco, up-to-date with pneumococcal and influenza vaccination.

EXHIBIT  
CXII-1



Page 2

SENTARA LEIGH HOSPITAL
830 Kempsville Road
Norfolk, VA 23502

STEPHENSON, JOHN D
MRN: 10167837
DOB: 9/30/1942, Sex: M

**Discharge Summary Notes (continued)**

He was also seen in consultation by Dr. Ignacio Ripoll, his pulmonologist. He will be discharged to home on completed course of antibiotic therapy, rapid steroid tapering, and newly initiated home oxygen therapy for exertional hypoxemia. At his request, and we would agree that if at this time he will remain out of his current employment environment of exposure to welding fumes unless otherwise directed and followup with his physician.

He did have mild glucose intolerance, did not require any initiation of chronic therapy, and is resolving as steroids have tapered.

DISCHARGE MEDICATIONS:
1. Avelox 400 mg daily for 2 more days.
2. Prednisone 10 mg 2 tablets daily for 4 days and 1 tablet daily for 4 days and discontinue.
3. Lipitor 20 mg nightly.
4. Advair 250/50 b.i.d.
5. Spiriva 1 inhalation daily.
6. Centrum Silver daily.
7. Aleve p.r.n. headache.
8. Home oxygen 2 L nasal cannula with exertion, is newly initiated.
9. Albuterol MDI p.r.n. wheezing.

LABORATORY DATA:
Admission laboratory is remarkable for normal white count 9200, hemoglobin 14.3, hematocrit 41.9, and platelets 222,000. Sodium is 134, on discharge 141; potassium 4.1; chloride 98; bicarbonate 25; BUN 15; creatinine 0.7; glucose is 188 with 83 at discharge; BNP was 27.5. Sputum Gram stain showed mixed flora with predominantly Gram-positive cocci, but culture revealed "normal flora." A chest x-ray revealed no acute infiltrates. There was evidence of hyperinflation and flattening of the diaphragm, and increased AP diameter consistent with chronic obstructive pulmonary disease. Echocardiogram showed normal left ventricular function with normal tricuspid valve and right ventricular size and function. The right atrium was dilated. There was mild left ventricular hypertrophy.

PROCEDURES PERFORMED:
Echocardiogram.

DISPOSITION:
The patient is discharged to home with his wife. Activity is as tolerated. He is to remain out of work until otherwise directed by his primary care physician and pulmonologist with the patient currently stating that he has a workman's compensation claim with his employer over his acute hospitalization and respiratory illness. He is abstinent from tobacco, up-to-date with pneumococcal and influenza vaccination.

He will follow up with Dr. John Becher within 7 to 10 days. He will follow up with Dr. Ripoll through Dr. Ripoll's office.


EXHIBIT
CX11-2



Page 3

SENTARA LEIGH HOSPITAL  
830 Kempsville Road  
Norfolk, VA 23502

STEPHENSON, JOHN D  
MRN: 10167837  
DOB: 9/30/1942, Sex: M

## Discharge Summary Notes (continued)

SIGNED: David P Blais, MD**

DPB:Spheris25750  
D: 02/26/08 11:54  T: 02/27/08 00:36  DOCUMENT: 200802261341938500

CC: John D Becher, MD*

## H&P Notes

H&P signed by Laura M Powers, MD at 02/26/08 0414  
Also signed by Laura M Powers, MD at 02/27/08 2200

| Author: | Laura M Powers, MD | Service: | (none) | Author Type: | Physician |
|---|---|---|---|---|---|
| Filed: | 02/26/08 0418 | Note Time: | 02/26/08 0414 | | |
| Related Notes: | Original Note by: Laura M Powers, MD filed at 02/19/08 1955 | | | | |
| Trans ID: | 200802201341458900-1 | Trans Status: | Available | | |

HISTORY AND PHYSICAL

LOCATION OF PATIENT:  
Room: 0287 - Sentara Leigh Hospital

DATE OF ADMISSION:  
02/19/08.

CHIEF COMPLAINT:  
Short of breath.

HISTORY OF PRESENT ILLNESS:  
This is a 65-year-old white male with past medical history significant for COPD followed by Dr. Randy Garnett and hyperlipidemia. The patient states that he was in his usual state of health up until the last couple of days. He started out initially with a cough productive of some yellowish dark gray sputum, although he notes that today his cough seems to have turned into a dry hacking type of a cough. He has also been significantly short of breath for the last couple of days. He is short of breath at rest and with any minimal activity, although he was actually able to go to work yesterday, although he notes he had to take multiple breaks and really felt quite poorly by the time he finished the day. He does note that about 2 or 3 months ago due to his work his position was changed. He previously worked as a desk job at Metro Machine; however, a couple of months ago he was told that he had to go back to work on the ships. As such over the last couple of months he has been working on the ships. He has had a quite physical job. He has been exposed to quite a bit of fumes, particularly from welding. He feels like this has been exacerbating his breathing. However, at his baseline he does not have any shortness of breath at rest. He actually stays quite active at his baseline.


EXHIBIT  
XII-3



SENTARA LEIGH HOSPITAL  
830 Kempsville Road  
Norfolk, VA 23502  

STEPHENSON, JOHN D  
MRN: 10167837  
DOB: 9/30/1942, Sex: M  

### H&P Notes (continued)

He jet skis in the summer and he is able to climb up and down the ships, although he does admit that this seems to make his breathing difficult. He just has to take his time, but he is able to still continue to perform his job duties. He denies any fevers, but notes that he felt cold today. He denies any shaking chills. He states that he never gets a flu shot. He did have a pneumonia vaccine last September. He denies any chest pain. He denies any edema, orthopnea or PND. In terms of his COPD he states that he has never been hospitalized and in fact this was the first time he had to come to the emergency room for his breathing, although he does admit that he has exacerbations about 2 or 3 times a year, usually when the weather changes. Typically he is able to go to urgent care and take antibiotics and 2 weeks of prednisone and his symptoms have improved. His last exacerbation was maybe a month or so ago. He has never required any oxygen outside of the hospital. He denies any lightheadedness, no dizziness. He states that he has taken bronchodilators in the past, but they have not helped him out. As such he does not take any bronchodilators.

PAST MEDICAL HISTORY:  
1. COPD followed by Dr. Randy Garnett. He has never had any hospitalizations. He has never had any intubations. He does take usually a 2 week course of prednisone 2-3 times per year.  
2. Hyperlipidemia.  
3. History of colon polyps followed by Dr. Taylor Wootton with last colonoscopy less than a year ago.

PAST SURGICAL HISTORY:  
Status post bilateral inguinal hernia repairs in the 1960s.

ALLERGIES:  
NONE KNOWN.

MEDICATIONS:  
Lipitor 20 mg a daily, Advair 250/50 1 inhalation b.i.d., Spiriva 18 mcg inhaled daily, multivitamin daily, Aleve p.r.n.

FAMILY HISTORY:  
Mother died from breathing problems and COPD. Father died from an MI at age 60. He also had alcoholism. He has 2 sisters, 1 died recently from colon cancer.

SOCIAL HISTORY:  
He is married. He is currently working at Metro Machine. He previously worked in a desk position; however, a couple of months ago he was moved to a field position where he works on the ships. He climbs up multiple flights of stairs. He is exposed to multiple fumes including welding fumes. He smoked 3 packs a day for about 37 years and quit in 1996.

REVIEW OF SYSTEMS:  
NEUROLOGICAL: No history of stroke, TIA or seizures.  
CARDIOVASCULAR: No history of CAD or MI. He states that he has never had a cardiac catheterization. He does not think that he



EXHIBIT CX11-4



SENTARA LEIGH HOSPITAL
830 Kempsville Road
Norfolk, VA 23502

STEPHENSON, JOHN D
MRN: 10167837
DOB: 9/30/1942, Sex: M

**H&P Notes (continued)**

has ever had a stress test. He denies any chest pain. No edema or orthopnea.
RESPIRATORY: As above.
GI: No nausea or vomiting. He denies any reflux symptoms. He denies any melena or hematochezia.
GU: He denies any dysuria or prostate problems.
GENERAL: Denies any diabetes. No hypertension. No history of DVT or PE.

PHYSICAL EXAMINATION:
VITAL SIGNS: Blood pressure 129/69, heart rate initially in the 120s, currently 111. Respirations 18. O2 saturation initially was 90% on room air. He is currently 91% on 2 liters.
Apparently his saturations dropped to 81% with walking short distance on room air in the emergency room.
GENERAL: This is a 65-year-old white male in no acute distress.
HEENT: Sclerae are anicteric. Extraocular muscles are intact. Oral mucosa is moist.
NECK: Supple.
HEART: Regular, but distant. No murmurs, rubs or gallops appreciated.
LUNGS: The lungs are decreased throughout all lung fields with decreased air movement. He does have a few expiratory wheezes bilaterally. No rales are noted.
ABDOMEN: Bowel sounds normoactive. Abdomen is soft, nontender. with no hepatosplenomegaly.
EXTREMITIES: Calves are soft. No edema.

LABORATORY DATA:
No labs were done. Chest x-ray shows flattened diaphragms bilaterally with no infiltrates or congestive changes per my reading.

IMPRESSION:
1. Chronic obstructive pulmonary disease exacerbation with underlying severe chronic obstructive pulmonary disease. At this point he does have some hypoxia. We will go ahead and admit him. We will place him on Xopenex given his tachycardia. We will place him on steroids and empiric antibiotics. We will also go ahead and check electrocardiogram and D-dimer and cardiac enzymes, although suspect that this is all due to his underlying chronic obstructive pulmonary disease.
2. Hyperlipidemia. We will continue with his current statin.
3. Code status has been discussed with the patient. He does not have an advanced directive. At this point he wishes to be FULL CODE.

SIGNED: Laura M Powers, MD**

LMP:Spheris16931
D: 02/19/08 19:10 T: 02/19/08 19:54 DOCUMENT: 20080220134145880O


EXHIBIT
CX11-5

Page 6



SENTARA LEIGH HOSPITAL
830 Kempsville Road
Norfolk, VA 23502

STEPHENSON, JOHN D
MRN: 10167837
DOB: 9/30/1942, Sex: M

## H&P Notes (continued)

CC: John D Becher, MD*
Signed by Laura M Powers, MD 02/26/2008 04:14 AM

## Consultation Notes

Consults signed by Ignacio Ripoll, MD at 07/16/08 0908

| | | | | | |
|---|---|---|---|---|---|
| Author: | Ignacio Ripoll, MD | Service: | (none) | Author Type: | Physician |
| Filed: | 07/04/08 0644 | Note Time: | 02/20/08 1232 | | |
| Related Notes: | Original Note by: Ignacio Ripoll, MD filed at 02/20/08 1134 | | | | |
| Trans ID: | 2008022013414982001 | Trans Status: | Available | | |

CONSULTATION

REQUESTED PHYSICIAN:
CONSULTING PHYSICIAN: Ignacio Ripoll, MD**

LOCATION OF PATIENT:
Room: 0287 - Sentara Leigh Hospital

DATE OF CONSULTATION: 02/20/08

CONSULTING PHYSICIAN: Ignacio Ripoll, MD

REFERRING PHYSICIAN:

HISTORY OF PRESENT ILLNESS:
Mr. Stephenson is a 65-year-old male with a longstanding history of COPD, admitted to the hospital through the emergency room where he presented with a chief complaint of dyspnea, cough and expectoration of yellowish sputum. Chest x-ray did not reveal any acute pathology. It has the typical findings of COPD with considerable air-trapping and flattening of the diaphragms. We have been consulted regarding the evaluation of his pulmonary problems.

Current illness began a few days prior to admission with increasing cough and increasing dyspnea which eventually progressed to the point, but it interfered with his work. He is exposed to welding fumes at work and he believes that this problem exacerbated his chronic bronchitis.

PAST MEDICAL HISTORY:
Past medical history is significant for COPD followed by Dr. Randy Garnett, dyslipidemia treated with Lipitor and no other significant problems. His COPD is treated with a combination of Advair and spiriva.

PAST SURGICAL HISTORY:
Surgical history included distant inguinal hernia repair.

FAMILY HISTORY:
Significant for COPD and coronary artery disease and colon cancer.


EXHIBIT
CX11-6



Page 7

SENTARA LEIGH HOSPITAL
830 Kempsville Road
Norfolk, VA 23502

STEPHENSON, JOHN D
MRN: 10167837
DOB: 9/30/1942, Sex: M

**Consultation Notes (continued)**

SOCIAL STATUS:
He currently works for Metro Machine. He usually had a sedentary job. Lately, there had been a reduction in the work force and he had been asked to perform other duties which includes a significant amount of physical activity, climbing stairs and exposure to welding fumes. He used to smoke cigarettes heavily, accumulated approximately 90 pack-years before he discontinued the habit in 1996.

ALLERGIES:
ALLERGY HISTORY: NONE.

REVIEW OF SYSTEMS:
Review of systems is essentially noncontributory. His symptom complex centered around his pulmonary symptoms and dyspnea on exertion. No cardiovascular symptoms. No genitourinary symptoms. No gastrointestinal symptoms. No CNS symptoms.

PHYSICAL EXAMINATION:
GENERAL: Physical exam reveals a 65-year-old male, obese, in no acute distress at rest. Blood pressure at 130/70. Heart rate 90 per minute.
HEAD, EYES, EARS, NOSE, AND THROAT: Do not reveal any significant abnormalities.
NECK: The jugular veins are not distended. The trachea is in the midline. The thyroid is not enlarged.
LUNGS: The lungs expand symmetrically from inspiration to exhalation. Breath sounds are decreased bilaterally. No wheezes. No rhonchi. No crackles.
HEART: The heart is not enlarged. Heart sounds are normal. No gallops or murmurs.
ABDOMEN: Soft, nontender. No masses. No organomegaly.
EXTREMITIES: No clubbing; no cyanosis; no palmar erythema; no peripheral edema; no evidence of phlebitis.
CENTRAL NERVOUS SYSTEM: Examination is normal.
RECTAL: Exam not done.
GENITALIA: Not examined.

IMPRESSION:
Chronic obstructive pulmonary disease exacerbation.

RECOMMENDATIONS:
COMMENT:
I reviewed the current therapy. I have nothing to add at this time.

Thanks again for asking us to participate in his care.

SIGNED: Ignacio Ripoll, MD**



EXHIBIT
CXII-7



Page 8

# ORTHOPAEDIC & SPORTS SPECIALISTS, INC.

A. Jamali, M.D., F.A.C.S.
Diplomat, American Board of Orthopaedic Surgery
Assistant Professor, Orthopaedic Surgery-EVMS

GENERAL ORTHOPAEDICS
ARTHRITIS SURGERY
FOOT AND ANKLE DISORDERS
JOINT RECONSTRUCTION
ARTHROSCOPIC SURGERY
SPINAL DISORDERS
SPORTS MEDICINE
TRAUMA CARE
SURGERY OF THE HAND

200 MEDICAL PARKWAY
SUITE 111
CHESAPEAKE, VA 23320

TEL. (757) 547-0855
(757) 547-0856
FAX: (757) 548-9263



| NAME: | JOHN STEPHENSON | DATE: 10/05/2011 |
|---|---|---|
| | | CHART# J 58554 |

**CHIEF COMPLAINT:** Back.

**HISTORY OF PRESENT ILLNESS:** A 69-year-old male with a long-term history of pain and discomfort in the lower part of the back. This is mainly attributed to severe cough and expansion of the chest secondary to chronic obstructive pulmonary, emphysema and inhaling fumes during the course of his employment. The patient was seen by his PCP and a pulmonologist. Possibility of chest infection was entertained; however, due to his current anticoagulation therapy, no antibiotic was prescribed. He was taken to the hospital for an unrelated problem when he was found to have a DVT of both lower extremities. He is currently on Coumadin and his PT and INR are monitored by Dr. Choi. He retired approximately 3 months ago due to severity of his symptoms.

**PAST MEDICAL AND SURGICAL HISTORY:** Includes hypertension, diabetes, lung disease, DVT, heart disease, bladder dysfunction.

**MEDICATIONS:** Spiriva, Symbicort, Z-PAK which he took for a period of 1 year with no results, Zocor, prednisone, Coumadin, Flomax, Flexeril, Lasix, Mucinex, insulin, lidocaine patch, metformin, potassium, simvastatin.

**PHYSICAL EXAMINATION:** Severe localized tenderness in the middle portion of the spine. Neurological examination is normal.

Radiograph shows compression fracture of T7 most likely due to excessive coughing.

**DIAGNOSES:**
1. Fracture of T7.
2. Possible chronic bronchitis and superimposed infection.

Affiliated with Medical College of Hampton Roads

EXHIBIT
CX14-1

JOHN STEPHENSON
CHART# J 58554

RECOMMENDATIONS:
A Jewett brace. I spoke with him and he promised that he would wear the Jewett brace in order to correct his posture. I believe he will benefit from antibiotic treatment of some sort and he would leave dose choices to pulmonologist and Dr. Choi.

---

Alireza Jamali MD

madD:10/05/2011T: 10/05/2011 19:40:47
223581
066877

cc:  H STEVEN CHOI M.D.
     IGNACIO RIPOLL

*10-13-11*



EXHIBIT
CX14-2

A. Jamali M.D., F.A.C.S.
Office Notes

NAME: JOHN STEPHENSON         DATE: 11/03/2011

                              CHART# J 58554

The patient's condition is quite satisfactory. He is wearing his Jewett brace and he is very comfortable with improved position of his thoracic spine following the compression fracture of T7.

His breathing condition is also improving under care of Dr. Musselmani. He was advised to continue his current care under him.

DIAGNOSIS: Fracture of T7.

RECOMMENDATIONS: To continue Jewett brace for a period of 3 months. Return to office in 3 months for reevaluation and x-ray of the thoracic spine.


_____
Alireza Jamali MD


zga/D:11/03/2011T: 11/04/2011 10:35:24
242247
079113



cc:    Zattam Musselmani MD

1-5-12



EXHIBIT
CX14-3

A. Jamali M.D., F.A.C.S.
Office Notes

NAME: JOHN STEPHENSON        DATE: 01/05/2012

CHART# J 58554

The patient's progress is quite satisfactory.

Radiograph today showed no change in the position of the fracture of T7.

In general, he is out of oxygen, is breathing better and his back symptoms are under control.

DIAGNOSIS:
Compression fracture of the 7th thoracic vertebra.

RECOMMENDATIONS:
To continue his current brace for 6 more weeks. Return to office in 2 months.

Alireza Jamali MD

mad/D:01/05/2012T: 01/05/2012 13:29:18
282599
105574

cc: Zattam Musselmani MD

1-23-12  R. Knee


EXHIBIT CX14-4

A. Jamali M.D., F.A.C.S.
Office Notes

NAME: JOHN STEPHENSON          DATE: 01/23/2012

CHART# J 58554

CHIEF COMPLAINT: Right leg.

The patient is back to the office with acute onset of severe pain and discomfort in the right leg since a week ago. The pain is mainly located in the popliteal area. He has difficulty walking and is most comfortable by bending his knee.

There is no change in the condition of his back when he was treated for fracture of the 7th thoracic vertebra.

He is currently under Dr. Musselmani's for management of his active phlebitis and is taking 5 and 4 mg of Coumadin on alternate days respectively.

PHYSICAL EXAMINATION: No effusion of the knee. Range of motion is full. He has severe localized tenderness on the popliteal vein area and calf. Homans' sign is positive.

DIAGNOSIS:
Possible new deep vein thrombosis.

RECOMMENDATIONS:
Stat PVL study and compare the results to the previous one and I advised him that if he has a new set of DVT needs to be hospitalized for heparinization.


Alireza Jamali MD


mad/D:01/23/2012T: 01/23/2012 16:08:32
294445
113529

cc:   Zattam Musselmani MD

1-24-12



EXHIBIT
CX14-5

A. Jamali M.D., F.A.C.S.
Office Notes

NAME: JOHN STEPHENSON          DATE: 01/24/2012

CHART# J 58554

The patient continues to have problem with his right knee posteriorly.

PHYSICAL EXAMINATION: Severe localized tenderness on the right biceps and its insertion to the fibular head in addition to a slight effusion of the right knee joint. He applied lidocaine patch with some relief. The recent PVL study failed to show any evidence of new blood clot.

DIAGNOSES:
1. Internal derangement of the right knee.
2. Bicipital tendonitis.

RECOMMENDATION:
Injection of steroid using 6 mg Celestone, 2 mL of 1% Xylocaine, and 1 mL of 0.25 Marcaine into the left knee joint posteriorly. He had some immediate improvement. Return to office p.r.n.

Alireza Jamali MD

mad/D:01/24/2012T: 01/24/2012 14:08:55
295069
113949

cc:   Zattam Musselmani MD

2-7-12


EXHIBIT CX14-6

A. Jamali M.D., F.A.C.S.
Office Notes

NAME: JOHN STEPHENSON          DATE: 02/07/2012

CHART# J 58554

The patient is now 3 months status post fracture of T7. He has no discomfort with expansion of the chest during coughing and sneezing.

DIAGNOSIS: Fracture of T7.

RECOMMENDATIONS: To discard the brace to continue his breathing treatment with Dr. Ignacio Ripoll. RTO p.r.n.

Alireza Jamali MD

zga/D:02/07/2012T: 02/07/2012 15:22:46
304401
120330

3-8-12



EXHIBIT
CX14-7

# ORTHOPAEDIC & SPORTS SPECIALISTS, INC.

A. Jamali, M.D., F.A.C.S.
Diplomat, American Board of Orthopaedic Surgery
Assistant Professor, Orthopaedic Surgery-EVMS

GENERAL ORTHOPAEDICS
ARTHRITIS SURGERY
FOOT AND ANKLE DISORDERS
JOINT RECONSTRUCTION
ARTHROSCOPIC SURGERY
SPINAL DISORDERS
SPORTS MEDICINE
TRAUMA CARE
SURGERY OF THE HAND



200 MEDICAL PARKWAY
SUITE 111
CHESAPEAKE, VA 23320

TEL. (757) 547-0855
(757) 547-0856
FAX: (757) 548-9263

February 7, 2012

Re: John Stephenson
Chart#: J58554

To Whom It May Concern:

Please be advised that Mr. Stephenson had a fracture of the 7th of thoracic vertebra. He required a long-term intake of the steroid for management of his respiratory condition. That has contributed to osteoporosis and pathological fracture of T7. I believe his fracture is directly due to long-term steroid intake. If you have any further questions, please do not hesitate to call my office.

Alireza Jamali MD

zga/D:02/07/2012T: 02/07/2012 15:24:14
304403
120332

*Affiliated with Medical College of Hampton Roads*

EXHIBIT
CX148

A. Jamali M.D., F.A.C.S.
Office Notes

NAME: JOHN STEPHENSON          DATE: 03/08/2012

CHART# J 58554

The patient is back to the office with complaint of pain and discomfort in the anterior chest.

With expansion his xiphoid process dislodges and dislocates. This is due to extensive pulmonary compromise which occurred following the excessive chest expansion. The problem is intermittent.

PHYSICAL EXAMINATION: Localized tenderness in the junction of the xiphoid process and sternum. There is some bulging area.

DIAGNOSIS:
Xiphoid process disruption.

RECOMMENDATIONS:
Observation as his problem is not continuous. Return to office p.r.n. for possible injection of steroid.

Alireza Jamali MD

mad/D:03/08/2012T: 03/08/2012 13:42:07
323796
133796

cc: Zattam Musselmani MD



EXHIBIT
CX14-9