FILED: March 7, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2525
(2014-0425)

_____

METRO MACHINE CORPORATION, d/b/a General Dynamics NASSCO-Norfolk; SIGNAL MUTUAL INDEMNITY ASSOCIATION, LIMITED

      Petitioners

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; JOHN D. STEPHENSON

      Respondents

_____

O R D E R

_____

Upon review of submissions relative to the motion to file a supplemental appendix, the court grants the motion. The supplemental appendix shall be served and filed on or before March 14, 2016.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk