## IN THE UNITED STATES CIRCUIT COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| METRO MACHINE CORPORATION, | ) |
| d/b/a GENERAL DYNAMICS NASSCO | ) |
| NORFOLK; SIGNAL MUTUAL | ) No.:      **15-2525** |
| INDEMNITY ASSOCIATION, | ) BRB No.:    **2014-0425** |
| LIMITED, | ) CASE No.:  **2013-LHC-0934** |
| | ) OWCP No.: **05-126874** |
| Petitioners, | ) |
| | ) |
| v. | ) |
| | ) |
| DIRECTOR, OFFICE OF WORKERS' | ) |
| COMPENSATION PROGRAMS, | ) |
| UNITED STATES DEPARTMENT | ) |
| OF LABOR, DELORES STEPHENSON, | ) |
| | ) |
| Respondents. | ) |

## CLAIMANT'S MOTION
## FOR ATTORNEY FEE

COMES NOW, Claimant, Mr. John Stephenson, by counsel, and respectfully submits this

Motion for an attorney fee to be assessed against the Employer pursuant to the Longshore and

Harbor Workers' Compensation Act, 33 U.S.C. Section 901, *et seq* ("Act"). Claimant's counsel

submits a fee petition for work performed before the United States Court of Appeals for the

Fourth Circuit. This petition is based upon a requested hourly rate for counsel of $600.00, and an

hourly rate for law clerk of $250.00. (Attachment 1). Claimant's counsel also seeks costs in the

amount of $568.90. (Attachment 2).[1]

---

[1] Attached is a list of Staff Code List setting forth a complete statement of the professional status of the person performing the necessary work, and the normal billing rate for each category of professional involved in performing the necessary work in accordance with 20 C.F.R. Section 702.132(a). (Attachment 3).

## PROCEDURAL HISTORY

On February 26, 2014, the Administrative Law Judge ("ALJ") found that Mr. Stephenson established a *prima facie* case by showing a harm and a work incident that could have caused that harm or aggravated a preexisting condition. Therefore, the ALJ found that Mr. Stephenson is entitled to the Section 20(a) presumption. The ALJ further found that the Employer failed to rebut the presumption with substantial countervailing evidence that Mr. Stephenson's condition was not caused, aggravated, or contributed to by the work accident. (JA 205).

Claimant subsequently filed a Motion for Reconsideration asserting that the issue of his fracture at the T7 vertebra being related to long-term steroid intake to manage his work related respiratory condition was not addressed. The Employer responded arguing that the T7 vertebra fracture is not a compensable consequence of the February 18, 2008 work incident. (JA 211).

On August 14, 2014 the ALJ issued an Order Granting Claimant's Motion for Reconsideration finding that Mr. Stephenson demonstrated a harm, a fracture of the T7 vertebra, and has demonstrated that the workplace exposure accident could have caused, aggravated, or accelerated the condition. (JA 213-215).

The Employer appealed these decisions to the Benefits Review Board ("Board") arguing that the ALJ erred in finding that Mr. Stephenson established a *prima facie* case relating his chronic obstructive pulmonary disease ("COPD") to his work exposure on February 18, 2008. (JA 218).

On August 17, 2015 the Board issued a Decision and Order properly rejecting the Employer's contentions. (JA 216-222). The Employer appealed the Board's Decision to the United States Court of Appeals for the Fourth Circuit.

2

On January 20, 2017 the United States Court of Appeals reaffirmed the Board's Decision finding that substantial evidence supports the ALJ's order awarding Claimant medical benefits for his work-related COPD. Additionally, the Court found that the presumption applies to claims regardless of whether they concern secondary injuries. Thus, the Court affirmed the ALJ's decision that Claimant's claim includes the fracture and rightly concluding that the Section 20 presumption would apply regarding the compensability of the fracture if Claimant established a *prima facie* case.

On February 3, 2017 Petitioners filed for rehearing and rehearing *en banc*.

On March 20, 2017 an order was entered denying Petitioners' rehearing and rehearing *en banc*.

## I.    Based upon his experience in the Longshore legal field, Claimant's counsel is entitled to a $600.00 hourly rate.

Awards begin with the "lodestar," which is the produce of the number of hours reasonably expended multiplied by a reasonable hourly rate. *Hensley v. Eckerhart*, 461 U.S. 424 (1983). The Supreme Court has recognized these twelve (12) factors as guides to the tribunal's determination of a reasonable hourly rate in a lodestar analysis: (1) the time and labor required; (2) the novelty and difficulty of the questions involved; (3) the skill requisite to perform the legal service properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and the length of the professional relationship with the client; and (12) awards in

3

similar cases. *Blanchard v. Bergeron,* 489 U.S. 87, 92 n.5, 109 S. Ct. 939, 103 L. Ed. 2d 67 (1989). The Fourth Circuit Court of Appeals has adopted these twelve (12) factors when awarding attorney fees in Longshore cases. *Newport News Shipbuilding & Dry Dock Co. v. Holiday, OWCP,* 591 F.3d 219 (2009).

An approved hourly rate for services should be commensurate with the prevailing hourly rates in the same geographical location at the time services were rendered. *See Smith v. Aerojet General Shipyards,* 16 BRBS 49, 55 (1983). Reasonableness of the hourly rates should consider the effect of delay in payment on the value of the fee, is within the discretion of the court, and may be addressed by increasing the hourly rates to reflect current market rates or by increasing the lodestar figure to counterbalance the effect of foregone interest on the value of the fee. *Daily v. Hill*, 790 F.2d 1071 (4th Cir. 1966). The prevailing hourly rate may be established through information concerning recent fee awards in comparable cases, specific evidence of counsel's actual billing practice, and other evidence of actual rates which counsel can command in the market. *See Spell v. McDaniel*, 824 F.2d 1380 (4th Cir. 1987).

It is appropriate for counsel to rely upon the *Laffey* Matrix in support of Claimant's counsel's hourly rate request, as the Matrix applies to fee-shifting statutes, such as the Longshore Act, where the prevailing party may recover a reasonable attorney's fee. See 33 U.S.C. 928(a)(b); *Holiday,* 591 F.3d 219 (stating that the *Laffey* Matrix is a useful starting point to determine fees). As stated by the Supreme Court, a reasonable attorney's fee is calculated in the same manner in all federal fee-shifting statutes. *City of Burlington v. Dague*, 505 U.S. 557, 561 (1992); *see also Christensen v. Stevedoring Services of America*, 557 F.3d 1049, 43 BRBS 6(CRT) (9th Cir. 2009). Thus, Claimant's counsel's reliance on the *Laffey* Matrix as support for

4

his hourly rate request is appropriate since the Matrix applies to fee-shifting statutes. The Longshore Act is just such as statute.

The *Laffey* Matrix is a similar Consumer Price Index ("CPI") adjusted structure that evaluates fees in the Washington DC-Baltimore area. The Matrix is a functional demonstration of how the CPI can be established as a consistent measure for increasing awards, and is also applicable to fee shifting statutes as allowed under the Act. The *Laffey* Matrix provides a reference for District of Columbia hourly rates for use by the United States Attorney's Office in cases in which the prevailing party is entitled to an attorney's fee under federal fee-shifting statutes.  Counsel here relies upon the same Matrix in support of his request for a $600.00 hourly rate.

Since Claimant's counsel seeks to rely on the *Laffey* Matrix in support of the requested hourly rates, he must demonstrate that it represents a reliable measure of the prevailing market rates for the Hampton Roads, Virginia area; Virginia Beach/Norfolk/Newport News metropolitan region.

To support his requested hourly rate of $600.00, Claimant relies upon the analysis performed by Dr. James V. Koch, Board of Visitors Professor of Economics and President Emeritus.[2] Dr. Koch utilized the hourly billing rates for attorneys found in the *Laffey* Matrix for the Washington DC metropolitan region as the basis for estimating comparable hourly rates for attorneys in the Virginia Beach/Norfolk/Newport News metropolitan region ("Virginia Beach metropolitan region"). Additionally, Dr. Koch considered the attorney with 20+years of experience and provided estimates for January 2014 and November 2016. (Attachment 5).

---

[2] Attached is Dr. Koch's curriculum vitea. (Attachment 4).

As explained by Dr. Koch, the *Laffey* Matrix was adjusted for price and income differentials between Washington DC and the Virginia Beach metropolitan region by means of Bureau of Labor Statistics ("BLS") data which reports the mean incomes of attorneys located in the Washington DC region versus those located in the Virginia Beach region.[3]

As indicated by the Matrix, the years 2013-2014 for an attorney with 20+ years of experience was $771.00. (Attachment 6). Dr. Koch converted this figure to November 2016 by means of the CPI-U for legal services. The CPI legal services value for January 2014 value was 315.758; its November 2016 value was 339.966. The ratio of the two (which reflects growth) is 339.966/315.758 = 1.077. Hence, $771.00 * 1.077 = $830.37. Thus, this figure is the November 2016 *Laffey* Matrix hourly rate for attorneys in the Washington DC metropolitan region.

The BLS reports that the mean income of attorneys in the Washington DC metropolitan region was $165,540.00 in May 2015 (the latest available time period), while the mean income of attorneys in the Virginia Beach /Norfolk/Newport News metropolitan region was $119,030.00. Thus, the ratio between the two is 1.391, meaning that Washington DC hourly values were 39.1 percent higher on that date. Dr. Koch applied the 1.391 ratio to the $830.37 *Laffey* rate for Washington DC and deflated it to **$596.96** for the Virginia Beach metropolitan area.

As evident from the *Laffey* Matrix, the hourly rate for 2015-2016 was $796.00. Dr. Koch updated the hourly rate for 2016 in the same fashion as quoted above for the change in the CPI-U

---

[3] As the CPI for the category legal services is a measurement of basic inflation calculated by the Bureau of Labor Statistics. The CPI has been recognized by federal courts as an indicator of annual change in attorney fees.

legal services index between January 2016 and November 2016 (339.966/326.623 =

1.041). Thus, the November 2016 *Laffey* hourly rate was $828.64 in Washington, DC. Dr. Koch

then applied the 1.391 regional deflator to adjust Washington DC to Virginia Beach and emerged

with an adjusted *Laffey* Matrix hourly rate of **$595.72** for the Virginia Beach region. Therefore,

based upon the analysis performed by Dr. Koch, the hourly rate for Claimant's counsel in the

Virginia Beach region with over 20 years of experience is $600.00.

Notably, a high normal billing rate implies a thorough knowledge of the area of law, an

ability to handle matters efficiently, and the talent to obtain favorable results. *Gunman v. Unisys

Corp.*, 986 F.2d 1146 (7th Cir. 1993). Claimant's counsel herein is highly regarded as an attorney

who specializes in workers' compensation claims within the Hampton Roads area. Thus, the

requested $600.00 hourly rate is in accordance with the prevailing market rates in the relevant

community. Therefore, Claimant's counsel met his burden to produce satisfactory evidence of

the prevailing market hourly rate of $600.00.

Based upon Claimant's counsel's experience, his knowledge of the issue that arose in this

case, and his competence and professionalism, there is nothing arbitrary or capricious with the

requested $600.00 hourly rate. Thus, an hourly rate of $600.00 per hour reflects his expertise and

the application of his legal knowledge, skills and abilities which have developed over the

countless years of service which directly result in a decrease in the time needed to perform

associated legal tasks.[4]

---

[4] In the alternative, Claimant's counsel requests that consideration be given that the Fourth Circuit affirmed the ALJ's hourly rate of $250.00 in an unpublished decision, *Walker v. Newport News Shipbuilding,* No. 07-1604 (2008), for work performed in 2005. Thus, Claimant's counsel asserts that the Fourth Circuit established an hourly rate for Claimant's counsel in 2005 as $250.00. Utilizing the CPI, Claimant's counsel argues that the hourly rate of $350.00 is justified. See the Consumer Price Index tables on the U.S. Department of Labor's Bureau of Labor

## II.    The requested $250.000 hourly rate of law clerk "KAM" is reasonable.

The requested hourly rate for a law clerk of $250.00 should be considered in light of

KAM's professional status including her professional training, education, and experience. *See* 20

CFR §802.203(d)(2). The Board previously awarded $200.00 hourly rate for work performed by

law clerk KAM in *Stephenson v. Metro Machine Corporation*, BRB No. 14-0425 (November 3,

2015), *Mangum v. CP&O, LLC.,* BRB 15-0055 (February 11, 2016), *Smith v. Huntington Ingalls*

*Industries, Incorp.*, BRB 13-0331 (July 18, 2014).

Employing the $200.00 hourly rate that was awarded in 2014 in *Smith* for work

performed in 2013, and adjusting this rate based on the change in CPI for the category "legal

services" from 2013 to 2016, the prevailing rate for services provided by law clerk KAM should

reflect an hourly rate of $225.03 as evident from the below calculations:

| CPI increase for legal services in 2013 | 2.2% x $200.00 | =$204.40 |
| CPI increase for legal services in 2014 | 1.6% x $204.40 | =$207.67 |
| CPI increase for legal services in 2015 | 3.2% x $207.67 | =$214.32 |
| CPI increase for legal services in 2016 | 5.0% x $214.32 | =$225.03 |

Statistics webpage, available at http://www.bls.gov/cpi/tables.htm. The CPI for legal services (Table 29, "Historical Consumer Price Index for Urban Wage Earners and Clerical Workers (CPI-W): U.S. city average, by commodity and service group and detailed expenditure categories) indicates the following:

| CPI increase for legal services in 2005 | 3.3 x $250.00 | =$258.25 |
| CPI increase for legal services in 2006 | 4.0 x $258.25 | =$268.58 |
| CPI increase for legal services in 2007 | 3.7 x $268.58 | =$278.52 |
| CPI increase for legal services in 2008 | 4.8 x $278.52 | =$291.89 |
| CPI increase for legal services in 2009 | 1.8 x $291.89 | =$302.69 |
| CPI increase for legal services in 2010 | 3.7 x $302.69 | =$313.89 |
| CPI increase for legal services in 2011 | 2.4 x $313.89 | =$321.42 |
| CPI increase for legal services in 2012 | 1.8 x $321.42 | =$327.21 |
| CPI increase for legal services in 2013 | 2.2 $327.21 | =$334.41 |
| CPI increase for legal services in 2014 | 1.6 x $334.41 | =$339.76 |
| CPI increase for legal services in 2015 | 3.2 x $339.76 | =$350.63 |

Thus, the CPI increase justifies an increase of an hourly rate from $200.00 to $225.03. However, in taking into consideration KAM's professional training, education, and experience, an increase from $225.03 to $250.00 is justified. In 2010, the Board addressed KAM's professional training, education, and experience, and found that a $150.00 hourly rate for KAM was reasonable. See *Green v. Ceres Marine Terminals*, 43 BRBS 173, BRB Nos. 09-0294 and 09-0294A (March 30, 2010), *reversed on other grounds*, *Ceres Marine Terminals v. Green*, 656 F.3d 235 (4th Cir. 2011). The Board determined "that counsel has adequately established the credentials of "KAM" and awarded an hourly rate of $150.00 due to her professional status." (Attachment 6). At that time, KAM had an Associate's Degree and a Bachelor's Degree, and had worked for Claimant's counsel's law firm for over eight years.

Now, in 2017, KAM has since obtained a Master's Degree in English in 2012 and has worked for Claimant's counsel's law firm for approximately fifteen (15) years, ten (10) of which has been as a law clerk. Thus, based upon the criteria established in *Green,* an increase in her hourly rate to $250.00 is well justified due to an increase in her education and her legal experience.

## CONCLUSION

Based on Claimant's Counsel's successful prosecution of this case before the Court, his experience and Claimant's counsel's reliance on the *Laffey* Matrix, Claimant's counsel respectfully requests that this Honorable Court award him an attorney fee.

Respectfully Submitted,

John Stephenson,

Of Counsel

Gregory E. Camden, Esquire
Counsel for Respondent
Montagna Klein Camden, LLP
425 Monticello Avenue
Norfolk, Virginia 23510
Phone: (757) 622-8100
Fax:    (757) 622-8180
Email: gcamden@montagnalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Attorney Fee was submitted this
3rd day of April 2017 to F. Nash Bilisoly, Esquire, at Vandeventer Black, 101 West Main Street,
Suite 500, Norfolk, Virginia 23510, Mark Reinhalter, Esquire and Matthew Boyle, Esquire, at
Office of the Solicitor, 200 Constitution Avenue, NW, N-2117, Washington, DC 20210.

Gregory E. Camden, Esquire

4/3/2017

# Montagna Klein Camden LLP
## 425 Monticello Avenue
## Norfolk, VA 23510
Ph: (757) 622-8100  Fax: (757) 622-8180
www.mkclawyers.com

Page 1 of 4

Time from 12/9/2015 to 4/3/2017

| Case No.  214126 | | Client: **Stephenson, John** | | | |
|---|---|---|---|---|---|

| Date | Staff | Description | Billable Time (Hrs) | Rate | Billable Amount |
|---|---|---|---|---|---|
| 12/9/2015 | GEC | Receive & Review Order | 0.25 | $600.00/Hour | $150.00 |
| 12/9/2015 | GEC | Rec & Review 4th Circuit Notice of Appeal | 0.25 | $600.00/Hour | $150.00 |
| 12/10/2015 | GEC | e-mail to opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 12/10/2015 | GEC | Prepare Notice of Appearance | 0.25 | $600.00/Hour | $150.00 |
| 12/10/2015 | GEC | Telephone Call to Opp. Counsel | 0.25 | $600.00/Hour | $150.00 |
| 12/10/2015 | KAM | Prepare 4th Cir. Forms | 0.75 | $250.00/Hour | $187.50 |
| 12/11/2015 | GEC | Receive Pleading | 0.25 | $600.00/Hour | $150.00 |
| 12/11/2015 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 12/15/2015 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 12/15/2015 | KAM | e-mail to opp counsel | 0.25 | $250.00/Hour | $62.50 |
| 12/21/2015 | GEC | Rec & Review Docket Statement | 0.25 | $600.00/Hour | $150.00 |
| 12/22/2015 | GEC | Telephone Call from 4th Circuit | 0.25 | $600.00/Hour | $150.00 |
| 1/3/2016 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 1/4/2016 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 1/5/2016 | GEC | e-mail to opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 1/5/2016 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 1/6/2016 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 1/19/2016 | GEC | Receive and Review Brief | 0.25 | $600.00/Hour | $150.00 |
| 1/20/2016 | KAM | Review Brief of Petitioners | 0.5 | $250.00/Hour | $125.00 |
| 2/12/2016 | GEC | e-mail to opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 2/12/2016 | GEC | e-mail from Solicitor | 0.25 | $600.00/Hour | $150.00 |
| 2/12/2016 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 2/16/2016 | GEC | Receive & Review Order | 0.25 | $600.00/Hour | $150.00 |

**Attachment 1**

4/3/2017

# Montagna Klein Camden LLP
## 425 Monticello Avenue
## Norfolk, VA 23510
Ph: (757) 622-8100　Fax: (757) 622-8180
www.mkclawyers.com

Page 2 of 4

Time from 12/9/2015 to 4/3/2017

| Case No. 214126 | | Client: Stephenson, John | | | |
|---|---|---|---|---|---|

| Date | Staff | Description | Billable Time (Hrs) | Rate | Billable Amount |
|---|---|---|---|---|---|
| 2/17/2016 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 2/26/2016 | KAM | Review File, Scan dox, fwd dox to Sol | 2.25 | $250.00/Hour | $562.50 |
| 2/26/2016 | KAM | Letter to Solicitor | 0.25 | $250.00/Hour | $62.50 |
| 2/26/2016 | KAM | Telephone Call to Solicitor | 0.25 | $250.00/Hour | $62.50 |
| 3/3/2016 | GEC | Edit Brief | 3.25 | $600.00/Hour | $1,950.00 |
| 3/6/2016 | KAM | Review File, Exhbits, Transcript | 1.25 | $250.00/Hour | $312.50 |
| 3/6/2016 | KAM | Draft 4th Cir. Response | 3.25 | $250.00/Hour | $812.50 |
| 3/7/2016 | GEC | File Motion | 0.25 | $600.00/Hour | $150.00 |
| 3/7/2016 | GEC | Letter to Solicitor | 0.25 | $600.00/Hour | $150.00 |
| 3/7/2016 | GEC | e-mail to opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 3/7/2016 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 3/7/2016 | KAM | Review File; File Joint Appendix | 0.5 | $250.00/Hour | $125.00 |
| 3/7/2016 | KAM | Revise 4th Cir. Response | 1.25 | $250.00/Hour | $312.50 |
| 3/7/2016 | KAM | Draft Motion for Leave to file Supplemental Appendix | 0.5 | $250.00/Hour | $125.00 |
| 3/8/2016 | GEC | e-mail to OWCP | 0.25 | $600.00/Hour | $150.00 |
| 3/12/2016 | GEC | Edit Brief | 1.25 | $600.00/Hour | $750.00 |
| 3/14/2016 | GEC | File Brief | 0.25 | $600.00/Hour | $150.00 |
| 3/14/2016 | GEC | e-mail from Solicitor | 0.25 | $600.00/Hour | $150.00 |
| 3/14/2016 | GEC | Receive and Review Solicitor's Brief | 0.25 | $600.00/Hour | $150.00 |
| 3/31/2016 | GEC | Receive and Review Brief | 0.25 | $600.00/Hour | $150.00 |
| 5/25/2016 | GEC | e-mail from carrier | 0.25 | $600.00/Hour | $150.00 |
| 5/25/2016 | GEC | e-mail to opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 5/30/2016 | GEC | e-mail to opp counsel | 0.25 | $600.00/Hour | $150.00 |

# Montagna Klein Camden LLP
## 425 Monticello Avenue
## Norfolk, VA 23510
Ph: (757) 622-8100   Fax: (757) 622-8180
www.mkclawyers.com

**Time from 12/9/2015 to 4/3/2017**

**Case No. 214126          Client: Stephenson, John**

| Date | Staff | Description | Billable Time (Hrs) | Rate | Billable Amount |
|------|-------|-------------|---------------------|------|-----------------|
| 6/24/2016 | GEC | e-mail to opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 6/24/2016 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 6/27/2016 | GEC | Telephone Call to Opp. Counsel | 0.25 | $600.00/Hour | $150.00 |
| 6/30/2016 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 6/30/2016 | GEC | Telephone call from Doctor | 0.25 | $600.00/Hour | $150.00 |
| 7/1/2016 | GEC | e-mail to opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 7/1/2016 | GEC | Conference with Client | 0.5 | $600.00/Hour | $300.00 |
| 7/5/2016 | GEC | e-mail to opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 7/8/2016 | GEC | e-mail to opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 7/11/2016 | GEC | File Brief | 0.25 | $600.00/Hour | $150.00 |
| 7/11/2016 | GEC | Receive & Review Order | 0.25 | $600.00/Hour | $150.00 |
| 7/11/2016 | KAM | Draft Motion for Sub. Party | 1.25 | $250.00/Hour | $312.50 |
| 7/25/2016 | GEC | e-mail to opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 8/26/2016 | GEC | Letter from 4th Circuit | 0.25 | $600.00/Hour | $150.00 |
| 9/30/2016 | GEC | Letter to 4th Cir Court of Appeals | 0.25 | $600.00/Hour | $150.00 |
| 10/3/2016 | GEC | Letter from 4th Circuit | 0.25 | $600.00/Hour | $150.00 |
| 11/30/2016 | GEC | Letter from Attorney | 0.25 | $600.00/Hour | $150.00 |
| 12/1/2016 | GEC | Prepare for Oral Argument | 5.25 | $600.00/Hour | $3,150.00 |
| 12/6/2016 | GEC | e-mail to opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 12/6/2016 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 12/7/2016 | GEC | Travel Time | 1.5 | $600.00/Hour | $900.00 |
| 12/7/2016 | GEC | Prepare for Oral Argument | 2.25 | $600.00/Hour | $1,350.00 |
| 12/8/2016 | GEC | Travel Time | 1.5 | $600.00/Hour | $900.00 |

4/3/2017

# Montagna Klein Camden LLP
## 425 Monticello Avenue
### Norfolk, VA 23510
Ph: (757) 622-8100   Fax: (757) 622-8180
www.mkclawyers.com

**Time from 12/9/2015 to 4/3/2017**

| Case No. | 214126 | | | | |
|---|---|---|---|---|---|

**Client: Stephenson, John**

| Date | Staff | Description | Billable Time (Hrs) | Rate | Billable Amount |
|---|---|---|---|---|---|
| 12/8/2016 | GEC | Attend Oral Argument | 2.25 | $600.00/Hour | $1,350.00 |
| 12/8/2016 | GEC | Prepare for Oral Argument | 1.25 | $600.00/Hour | $750.00 |
| 12/9/2016 | GEC | Letter to 4th Cir Court of Appeals | 0.25 | $600.00/Hour | $150.00 |
| 12/9/2016 | KAM | Draft Req include Unpub decision | 1 | $250.00/Hour | $250.00 |
| 1/5/2017 | GEC | Ltr from Opp Coun to 4th Circ | 0.25 | $600.00/Hour | $150.00 |
| 1/20/2017 | GEC | Rec and Review ALJ Decision | 0.25 | $600.00/Hour | $150.00 |
| 1/20/2017 | GEC | Telephone Call to Client | 0.25 | $600.00/Hour | $150.00 |
| 2/3/2017 | GEC | Receive Pleading | 0.25 | $600.00/Hour | $150.00 |
| 2/6/2017 | GEC | Receive & Review Order | 0.25 | $600.00/Hour | $150.00 |
| 2/6/2017 | GEC | e-mail from opp counsel | 0.25 | $600.00/Hour | $150.00 |
| 2/7/2017 | KAM | Research re en banc response | 0.5 | $250.00/Hour | $125.00 |
| 3/20/2017 | GEC | Rec & Review 4th Cir Decision | 0.25 | $600.00/Hour | $150.00 |
| 3/21/2017 | GEC | Notify ALJ of Representation | 0.25 | $600.00/Hour | $150.00 |
| | | **Totals:** | **47.5** | | **$23,687.50** |

Montagna Klein Camden, LLP

| GEC | Amount | Date | Description |
|---|---|---|---|
| | 36.00 | 03/11/2016 | Pace Reporting Service |
| | 26.64 | 04/18/2016 | Lexis Nexis |
| | 118.80 | 12/09/2016 | Mileage Reimbursement |
| | 25.00 | 12/09/2016 | Travel Reimbursement |
| | 331.04 | 1/12/2017 | Travel Expenses |
| | 31.42 | 01/24/2017 | Lexis Nexis |

Attachment
2

| STAFF MEMBER | INITIALS | TITLE | RATE |
|---|---|---|---|
| CHARLES S. MONTAGNA | CSM | PARTNER | $600.00 |
| JOHN H. KLEIN | JHK | PARTNER | $600.00 |
| GREGORY CAMDEN | GEC | PARTNER | $600.00 |
| CHARLENE MORRING | CAM | PARTNER | $600.00 |
| AMBER H. RUSSO | AHR | ASSOCIATE | $325.00 |
| AUDRA BARTLETT | ACB | PARALEGAL | $150.00 |
| TANYA BENTON | TB | PARALEGAL | $150.00 |
| PATSY BERNARD | PAB | PARALEGAL | $150.00 |
| GLORIA COOPER | GCC | PARALEGAL | $150.00 |
| SHEENA DANIELS | SSD | PARALEGAL | $150.00 |
| DONNA GARCIA | DAG | PARALEGAL | $150.00 |
| JUDITH GRAY | JAG | PARALEGAL | $150.00 |
| COURTNEY GRANT | CEG | PARALEGAL | $150.00 |
| ANGELA HARRIS | AMH | PARALEGAL | $150.00 |
| CAROLYN HENDERSON | CMH | PARALEGAL | $150.00 |
| LENORE JENKINS | LJ | PARALEGAL | $150.00 |
| BRANDI LUNA | BL | PARALEGAL | $150.00 |
| BRANDI LUNA | BLL | PARALEGAL | $150.00 |
| KATIE JONES | KAM | LAW CLERK | $250.00 |
| FKA KATIE MANAUGH | KAM | LAW CLERK | $250.00 |
| KELLY COLLINS | KAC | PARALEGAL | $150.00 |
| FKA KELLY MANAUGH | KM | PARALEGAL | $150.00 |
| KOREN MATTHEWS | KNM | PARALEGAL | $150.00 |
| KRYSTAL HANES | KDH | PARALEGAL | $150.00 |
| JANET SCOTT | JMS | PARALEGAL | $150.00 |
| SETH SCOTT | SS | LAW CLERK | $150.00 |
| ANGIE TOWNSEND | AMT | PARALEGAL | $150.00 |
| AMANDA WAGLEY | APW | PARALEGAL | $150.00 |
| FKA AMANDA POPE | ADP | PARALEGAL | $150.00 |
| BRITTANY TAYLOR | BT | PARALEGAL | $150.00 |
| MEGAN SIMMONS | MRS | PARALEGAL | $150.00 |
| DONNA SHAW | DCS | PARALEGAL | $150.00 |
| CYNTHIA HANNAH | CRH | PARALEGAL | $150.00 |
| DARLENE ZINNERMAN | DZ | PARALEGAL | $150.00 |
| SOMER GALLUS | SEG | PARALEGAL | $150.00 |
| SHELLY JUNG | SJ | PARALEGAL | $150.00 |
| MICHELLE REEL | MR | PARALEGAL | $150.00 |

Attachment
3

## JAMES V. KOCH

Board of Visitors Professor of Economics
and President Emeritus
Old Dominion University
Norfolk, VA 23529
**jkoch@odu.edu**

**Born**: October 7, 1942

**Marital Status**:   Married to Donna Stickling Koch, B.A., Illinois
State University (1966), M.A. (1969). Old Dominion
University, M.A. (2001). Two children.

**Home Addresses**:   240 Keith Avenue
Missoula, MT 59801-4308

201 W. College Place
#211
Norfolk, VA 23510   (January through May 15)

**Telephones**:   (406) 721-6343 (Home in Missoula)
(757) 683-3458 (Office in Norfolk)
(757) 623-2923 (Home in Norfolk)

**Degrees**:   B.A., Illinois State University (1964)
Ph.D., Northwestern University (1968)
Ph.D., (honorary), Yeungnam University,
  Taegu, Korea (1984)
Ph.D. (honorary), Toyo University,
  Tokyo, Japan (1987)
Ph.D. (honorary), Kyushu Institute of Technology,
  Kitakyushu, Japan (1995)
Doctor of Humane Letters (honorary), Illinois State University (2009)

**Dissertation**:   The Demand Functions of the Household Sector for Liquid Financial
Wealth: An Econometric Study

**Experience**:   Board of Visitors Professor of Economics and President Emeritus, Old
Dominion University, Hampton Roads, VA, July, 2001-

President and Professor of Economics, Old Dominion University,
Hampton Roads, VA, July, 1990-2001

**Attachment
4**

**James V. Koch**
**Page Two**

President and Professor of Economics, University of Montana, Missoula, MT, September, 1986-June, 1990

Provost and Vice President for Academic Affairs, Professor of Economics, Ball State University, Muncie, IN, August, 1980-August, 1986.

Dean, Faculty of Arts and Sciences and Professor of Economics, Rhode Island College, Providence, RI, May, 1978-August, 1980.

Chairman, Department of Economics, College of Arts and Sciences, Illinois State University, Normal, IL, 1972-1978.

Assistant, Associate, and Full Professor of Economics, Illinois State University, 1967-1978.

Research Economist, Harris Trust and Savings Bank, Chicago, IL, 1966-1967.

**<u>Visiting Positions</u>**:

Visiting Professor, Department of Financial Economics and Institutions, University of Hawaii, Fall, 2001.

Visiting Scholar, Royal Melbourne Institute of Technology, Melbourne, Australia, Fall, 1995.

Visiting Professor of Business Economics and Quantitative Methods, University of Hawaii, Honolulu, HI, Fall, 1985.

Visiting Professor of Economics, Brown University, Providence, RI, Spring, 1975.

Visiting Professor of Economics, University of Grenoble, France, Fall, 1974.

Visiting Associate Professor of Economics, California State University at Los Angeles, Summer, 1972.

**James V. Koch**
**Page Three**

## Significant Board Memberships

WIPB-TV Public Television, Muncie, IN (1980-86)
First Interstate Bank, Missoula, MT (1986-90)
State of Montana Alliance for Science and Technology (1986-90)
Mansfield Foundation (1986-90)
Missoula Economic Development Corporation (1986-90)
National Prepaid Tuition Plan (1989-93)
Community Hospital Foundation (1989-90)
Urban League, Hampton Roads (1990-2001)
Sun Trust Bank, Hampton Roads (1990-2001)
Future of Hampton Roads (1990-2001)
Center for Innovative Technology, Commonwealth of Virginia (1990-2001)
Greater Norfolk Corporation (1990-2001)
WHRO Public Television (1993-97)
Virginia Commercial Space Flight Authority (1996-2001)
Virginia Research and Technology Advisory Commission (2001-2)
MacArthur Foundation (1992-2010)
Bureau of Business and Economic Research, University of Montana (2003-2007)
Eastern Virginia Medical School (1999-2001, 2005-2012)
Esmark Corporation (including former Wheeling-Pittsburgh Steel Company, 2006-2008)

**Academic Specialties**:    Industrial Organization, Pricing, and Antitrust
Microeconomic Theory
Economics of Education
Economics of E-Commerce

**External Grants Received**:  National Science Foundation
German Marshall Fund
Illinois Board of Higher Education
U.S. Dept. of H.E.W.
Kauffman Foundation

**Honors**:    Who's Who in the United States
Who's Who in the Midwest; West; South and Southwest
Pi Gamma Mu Honorary
Sigma Xi Scientific Research Honorary
Golden Key Honorary

James V. Koch
Page Four

> Beta Gamma Sigma Honorary
> Phi Kappa Delta Honorary
> Teacher of the Year, Illinois State University, 1977-1978
> Alumni Achievement Award, Illinois State University, 1985
> Executive of the Year, Missoula, MT, Economic Development Corp, 1988
> Distinguished Alumni Award, Illinois State University, 1994
> Tidewater Humanitarian Award, National Conference of Christians and
>     Jews, 1996
> Real Dream Award, Martin Luther King Family Life Institute, Norfolk,
>     VA, 1998
> Sportsman of the Year, Norfolk Sports Club, 2000
> The Image Award, Old Dominion University Chapter of the National
>     Association for the Advancement of Colored People, 2000
> College of Arts and Sciences Hall of Fame, Illinois State University, 2005

**Foreign Language Fluency**: Spanish (good)
                  German (fair)

**Publications**:

**Books**:

> *Industrial Organization and Prices* (Prentice-Hall, 1974, Second Edition, 1980).

> *Microeconomic Theory and Applications* (Little, Brown and Company, 1976).
>     Solutions Manual Included.

> *The Economics of Affirmative Action*, J.F. Chizmar, co-author (D.C. Heath and
>     Company, 1976).

> *Introduction to Mathematical Economics*, A.O. Ostrosky, co-author (Houghton,
>     Mifflin Company, 1980). Solutions Manual Included.

> *Contemporary Personal Finance*, four co-authors (Allyn and Bacon, 1985).
>     Workbook Included.

> *Introduction to Mathematical Economics*, Revised Edition, A.O. Ostrosky, co-
>     author (Waveland Press, 1986).

**James V. Koch**
**Page Five**

*Presidential Leadership: Making a Difference*, James L. Fisher, co-author (American Council on Education and Oryx Press, 1996).

*The Entrepreneurial College President* (American Council on Education and Praeger, 2004), James L. Fisher, co-author.

*Born, Not Made*, James L. Fisher, co-author (Praeger, 2008).

*America for Sale? The Profits and Perils of Being Hunted and Devoured by the (Foreign) Pack*, Craig T. Bouchard, co-author (Praeger, 2009)

*The Caterpillar Way: Lessons in Leadership, Growth, and Shareholder Value* (with Craig T. Bouchard), McGraw-Hill, 2013. Rose to #8 on the *New York Times* best seller list in business in November 2013.

## Monographs:

*A Benefit-Cost Analysis of Vocational-Occupational Training at Selected Junior Colleges* (Springfield, IL: State of Illinois Advisory Council on Vocational Education, 1972).

*An Analysis of the Process, Intent, Distribution, and Effects of Funding for Vocational and Technical Education in the State of Illinois* (Springfield, IL: State of Illinois Advisory Council on Vocational Education, 1972). Randyl Elkin, co-author.

*The Distribution and Effects of Vocational and Technical Education Funding in FY-1972* (Springfield, IL: State of Illinois Advisory Council on Vocational Education, 1973), Randyl Elkin, co-author.

*The Economics of Branch Banking* (Chicago, IL: The Illinois Bankers Association, 1977).

*The State of the Region, 2000* (Norfolk: Old Dominion University, 2000).

*The State of the Region, 2001* (Norfolk: Old Dominion University, 2001).

**James V. Koch**
**Page Six**

*The State of the Region, 2002* (Norfolk: Old Dominion University, 2002).

*The State of the Region, 2003* (Norfolk: Old Dominion University, 2003).

*Additional Academic Programs at Florida Gulf Coast University: The Needs of the Lee/Collier/Charlotte Area* (Fort Myers, FL, 2003).

*The State of the Region, 2004* (Norfolk: Old Dominion University, 2004).

*The State of the Region, 2005* (Norfolk: Old Dominion University, 2005).

*The State of the Region, 2006* (Norfolk: Old Dominion University, 2006).

*The State of the Region*, 2007 (Norfolk: Old Dominion University, 2007).

*The State of the Region, 2008* (Norfolk: Old Dominion University, 2008).

*The State of the Region, 2009* (Norfolk: Old Dominion University, 2009).

*The State of the Region, 2010* (Norfolk: Old Dominion University, 2010).

*The State of the Region, 2011* (Norfolk: Old Dominion University, 2011).

*The State of the Region, 2012* (Norfolk: Old Dominion University, 2012).

*The State of the Region, 2013* (Norfolk: Old Dominion University, 2013).

*Turning the Page: An Economic Analysis of Textbooks* (Lumina Foundation, 2013), www.luminafoundation.org/category/convenings/.

*The State of the Region, 2014* (Norfolk: Old Dominion University, 2014).

*The State of the Region, 2015* (Norfolk: Old Dominion University, 2015).

*The State of the Region, 2016* (Norfolk: Old Dominion University, 2016).

*The State of the Commonwealth, 2016* (Norfolk: Old Dominion University, 2016).

**James V. Koch**
**Page Seven**

<u>Articles</u>:

"Homogeneity in Wealth: Demand Functions for Liquid Financial Assets," *Rivista Internazionale di Scienze Economiche e Commerciali* (October, 1969).

"The Homogeneity Assumption and Financial Asset Demand Functions," *Quarterly Review of Economics and Business* (Winter, 1969).

"A Closer Look at Price Discrimination in an Imperfect World," *Review of Business and Economics* (Spring, 1970).

"Market Structure and Industry Growth Rates," *Rivista Internazionale di Scienze e Commerciali* (December, 1970).

"Advertising and Economic Growth," *Journal of Advertising Research* (August, 1971).

"The Economics of Drug Control Policies," (S.E. Grupp, co-author), *The International Journal of the Addictions* (December, 1971).

The Influence of Industry Market Structure Upon Industry Price-Cost Margins," (R. Fenili, co-author), *Rivista Internazionale di Scienze e Commerciali* (November, 1971).

"The Demand Functions of the Household Sector for Liquid Financial Assets," *Journal of Finance* (September, 1971), abstract.

"The Economics of 'Big-Time' Intercollegiate Athletics," *Social Science Quarterly* (September, 1971).

"The Economics of Drug Control Policies," reprinted in *Economics: A Synergetic Approach*, by McCarney and Owen (Dryden Press, 1972).

"On a Critique of Positive Economics," *The American Journal of Economics and Sociology* (June, 1972).

James V. Koch
Page Eight

"The Effects of Market Structure Upon Industry Growth," *Review of Business and Economics* (Fall, 1972).

"Student Choice of Undergraduate Major Field and Private Internal Rates of Return," *Industrial and Labor Relations Review* (October, 1972).

"The Comparative Returns to an Undergraduate Education," in *Principles of Macroeconomics and Money*, by Ireland and Rutner (Dryden Press, 1973).

"Blood and American Social Attitudes," (T. Ireland, co-author), in *The Economics of Charity* (Institute of Economic Affairs, Great Britain, 1973).

"The Influence of Teaching and Other Factors Upon Absolute Salaries and Salary Increments at Illinois State University," (J. Chizmar, co-author) *Journal of Economic Education* (Fall, 1973).

"A Linear Programming Model of Resource Allocation in a University," *Decision Sciences* (October, 1973).

"Police and Illicit Drug Markets: Some Economic Considerations," *British Journal of the Addictions* (December, 1973).

"Police and Illicit Drug Markets: Some Economic Considerations," reprinted in *The Marijuana Muddle*, by S.E. Grupp (D.C. Heath, 1973).

"A Troubled Cartel: The NCAA," *Law and Contemporary Problems* (Winter, 1973).

"The Political Economy of Blood," (T. Ireland, co-author) *Journal of Behavioral Economics* (January, 1974).

"A Linear Programming Model of Resource Allocation in an Academic Institution," reprinted in *Conference Volume on the Costs and/or Benefits of Education* (New York: City College of New York, 1974).

"Oligopoly Theory and Sport," in *The Economics of Professional Sports*, Proceedings of the Conference on the Economics of Professional Sports, Washington, DC, 1974.

"Industry Market Structure and Industry Price-Cost Margins," *Industrial Organization Review* (Fall, 1974).

**James V. Koch**
**Page Nine**

"Internal Rates of Return and Student Enrollments: Rejoinder," *Industrial and Labor Relations Review* (January, 1975).

"Collective Bargaining, Student-Teacher Ratios, and Teachers' Salaries," (A.O. Ostrosky, co-author) *Rivista Internazionale di Scienze e Commerciali* (October, 1975).

"A Troubled Cartel: The NCAA," portions reprinted in *Sports: A Program for America*, by James Michener (Random House, 1976).

"A Linear Programming Model of Resource Allocation in a University," reprinted in *Readings in Management Science*, by E. Turban and N.P. Loomba (Business Publications, 1976).

"Sex Discrimination and Affirmative Action in Faculty Salaries," (J. Chizmar, co-author) *Economic Inquiry* (March, 1976).

"Title IX and the NCAA," *Western State University Law Review* (Spring, 1976).

"The Unfairness of 'How to Evaluate the Fairness of Faculty Salaries on Your Campus,'" (J. Chizmar, co-author) *Bulletin of the American Association of University Professors* (Spring, 1976).

"A Troubled Cartel: The NCAA," portions reprinted in *Sports in America*, by James Michener (Fawcett Books, 1977).

"Some Economic Effects and Causes of State and Local Government Commitment to Public Education," (M. Fabrycy, co-author) *Indian Journal of Economics* (April, 1978).

"A Note on the Positive Definiteness of Quadratic Forms," (R. Cebula, co-author) *Southern Economic Journal* (April, 1978).

"The NCAA: A Socioeconomic Analysis," (W.L. Leonard, co-author) *American Journal of Economics and Sociology* (July, 1978).

"Reply to Professor Cohn," (J. Chizmar, co-author) *Economic Inquiry* (1978).

"A Troubled Cartel: The NCAA," reprinted in *Economics: A Reader*, by K. Elzinga (Harper and Row, 1978).

James V. Koch
Page Ten

"An Enrollment Shares Model of Higher Education," (R. Cebula, L.D. Hiebert co-authors) *Annals of Regional Science* (March, 1979).

"An Exploratory Note on Living Cost Differentials," (R. Cebula, co-author) *Atlantic Economic Journal* (September, 1980).

"The Crowding Out Effect: A Federal Government Outlay Decision," (R. Cebula, co-author) *Public Choice* (1981).

"The Curious Case of the Journal Manuscript Market: Ethics Versus Efficiency in Academe," (R. Cebula, co-author) *American Economist* (Spring, 1982).

"Salary Equity Issues in Higher Education: Where Do We Stand?" *Bulletin of the American Association for Higher Education* (October, 1982).

"Comparable Worth in Academe: Long Overdue Equity or Pandora's Box?" *Educational Record* (April, 1983).

"Intercollegiate Athletics: An Economic Explanation," *Social Science Quarterly* (June, 1983).

"Comparable Worth, Markets, and Quality in Secondary Education," *National Forum* (Spring, 1984).

"The Economics of 'Big-Time' Intercollegiate Athletics, reprinted in Steven A. Riess (ed.), *The American Sporting Experience* (Leisure Press, 1984).

"The Economist and Academic Administration," in S. Asefa (editor), *Applied Economics: Private and Public Decisions* (Iowa State University Press, 1985).

"The Market for College Graduates: Current Myths and Emerging Realities," *Liberal Education* (Spring, 1985).

"The Realities of Amateur Sports Organization," *Indiana Law Review* (1985).

"The Intercollegiate Athletics Industry," in Walter Adams (ed.), *The Structure of American Industry*, Seventh Edition (MacMillan, 1986).

James V. Koch
Page Eleven

"The Incomes of Recent Immigrants: A Look at Ethnic Differences," *Social Science Quarterly* (June, 1987).

"Korean-American Economic Relationships: Problems and Prospects," in *Proceedings of the International Conference on Economic Development and Social Change* (Taegu, Korea: Yeungnam University Press, 1987).

"Is There Discrimination in the 'Black Man's Game'?" (W.Vander Hill, co-author), *Social Science Quarterly* (March, 1988).

"An Economic Profile of the Pacific Rim," *Business Horizons* (March-April, 1989).

"Welfare Policies and Migration of the Poor in the United States: An Empirical Note," (R. Cebula, co-author) *Public Choice* (May, 1989).

"An Empirical Note on Deficits, Interest Rates, and International Capital Flows," (R. Cebula, co-author) *Quarterly Review of Economics and Business* (Autumn, 1989).

"Geographic After-Tax Real Income Differentials and Population Growth Rates," (R. Cebula, co-author) *Atlantic Economic Journal* (March, 1990).

"A Further Note on Determinants of Geographic Living-Cost Differentials," (R. Cebula, co-author) *Quarterly Journal of Economics and Finance* (Winter, 1992).

"A Note on Smoking and Health Costs," *American Journal of Economics and Sociology,* R. Cebula, co-author (April, 1992).

"Federal Budget Deficits, Interest Rates, and International Flows," *The Quarterly Review of Economics and Finance*, R. Cebula, co-author (Spring, 1994)

"In Search of Excellent Management," *Journal of Management Studies*, R. Cebula, co-author (September, 1994)

"Disseminating Scholarly Output and the Eliminating of the Exclusivity of Journal Submissions: *Deja Vu*," *American Journal of Economics and Sociology* (January, 1996)

James V. Koch
Page Twelve

"Higher Education and TQM," *Total Quality Management*, J.L. Fisher, co-author (Number 8, 1998)

"The Revolution in Higher Education," *The Richmond Journal of Law and the Public Interest* (Fall, 1998), published on line at **www.richmond/edu/~perspec**

"Reality Check: Why Standard Graduation Rates Don't Truly Measure Every Campus's Success," *Currents* (March, 1999)

"U.S. Federal Budget Deficits: An Exploratory Empirical Note on Determining Factors During the Carter Administration," *Economia Internazionale* (August, 1999), R. Cebula, co-author

"Intercollegiate Athletics: An Economic Explanation." In *The Economics of Sports, Volume 2* (2001).

"Price, Quality and Service on the Internet: Sense and Nonsense," *Contemporary Economic Policy* (January, 2002), R. Cebula, co-author

"An Empirical Analysis of Identity Theft Determinants in the U.S.," *Review of Business Research* (6, 2007), with two co-authors.

"The Impact of Undocumented Immigration on ID Theft in the United States: An Empirical Study" (R. Cebula, co-author), *Open Economics Journal*, 1 (2008), 37-46.

"The Relative Decline of a Musgrave 'Merit Good': The Case of Public Support of Flagship State Universities," *Journal of Economics and Finance* (October 2008).

Review of Sebag-Montefiore, Hugh, *Dunkirk: Fight to the Last Man*. H-German, H-Net Reviews. May, 2009.
**URL:** http://www.h-net.org/reviews/showrev.php?id=24055

Review of Stansky, Peter. *The First Day of the Blitz*. New Haven: Yale University, 2007. H-Net Reviews, October, 2009. **URL**: http://www.h-net.org/reviews/showrev.php?id=25198.

James V. Koch
Page Thirteen

Review of Willmott, H. P., *The Great Crusade: A New Complete History of the Second World War*. H-German, H-Net Reviews. January, 2010. **URL:** http://www.h-net.org/reviews/showrev.php?id=26181

"Costs of Defending Against Rising Sea Levels and Flooding in Mid-Atlantic Metropolitan Coastal Areas: The Basic Issues," *Journal of Regional Analysis and Policy,* 40(1), 2010.

Review of James MacGregor Burns. *Running Alone: Presidential Leadership from JFK to Bush II: Why It Has Failed and How We Can Fix It. Journal of Cold War Studies*, 12(3), Summer 2010, 131-132.

Review of Stephen Brooks, Ed., *Montgomery and the Battle of Normandy: A Selection from the Diaries, Correspondence and Other Papers of Field Marshal the Viscount Montgomery of Alamein, January to August 1944*. H-German, H-Net Reviews. August, 2010. **URL:** http://www.h-net.org/reviews/showrev.php?id=30543

"Do Investors Care If Steve Jobs Is Healthy?" *Atlantic Economic Journal,* 39(1), 2011, 39-50. R. Fenili and R. Cebula, co-authors.

"The Bank Failure Rate, Economic Conditions and Banking Statutes in the U.S., 1970-2009," *Atlantic Economic Journal*, 39(1). R. Fenili, R. Cebula, co-authors.

Review of Mark Mazower, *Hitler's Empire: How the Nazis Ruled Europe, Global War Studies,* 8(1), 2011.

"Managerial Influences on Baseball Performance: The Roles of Age and Experience," *Journal of Economics and Finance*, April 2012 (B. Demiralp, C. Colburn, co-authors).

"Still No Significant Difference? The Impact of Distance Learning on Student Success in Undergraduate Managerial Economics," *Journal of Economics and Finance Education* (Summer, 2012), A. McAdory, co-author.

Review of Peter Sasgen, *Hellcats* in *Global War Studie*s, 9(1), 2012.

"Regional Impacts of the World-Wide Recession: A Case Study of Hampton Roads, Virginia," *International Advances in Economic Research* (May 2012).

**James V. Koch**
**Page Fourteen**

"Shattered Myths: The Tank Battle at Prokhorovka, July 1943" *Global War Studies,* 9(2), 2012.

"Using Event Studies to Assess the Impact of Unexpected Events," *Business Economics* (Robert N. Fenili, co-author), February 2013.

"Using Commuting Data to Infer the Burden of Newly Imposed Tolls on Cities and Regions," *Journal of Regional Analysis and Policy* (forthcoming).

"Why Do People Move from One Metropolitan Area to Another?" Chapter to appear in R.J. Cebula et al. (eds.), *Economic Behavior, Economic Freedom and Entrepreneurship* (Edward Elgar).

### Selected Other Miscellaneous Publications

"The Problem of Equal Pay for Equal Work," *The Chronicle of Higher Education* (27 January 1982).

"A University President Looks at Intercollegiate Athletics," *Richmond Times-Dispatch* (21 January 1991).

"Virginians Should Adopt 'Compact' for Higher Ed," *Richmond Times-Dispatch* (30 September 1993).

"Difficulties for Virginia's Deans," *Washington Post* (10 October 1993).

"Feed The Gazelles: To Grow Jobs, Virginia Must Cultivate Its Universities," *Roanoke Times and World News* (3 November 1994).

"Learning That Breaks Distance Barriers," *Richmond Times-Dispatch* (19 April 1995).

"Revolution in Higher Education," *The Washington Times* (9 March 1997).

"How Women Actually Perform in Distance Education," *Chronicle of Higher Education* (11 September 1998).

**Page Fifteen**
**James V. Koch**

"Let ODU Bring Opportunity to N.C.," *The News and Observer* (Raleigh, NC: 13 November 1998).

"Fences in Higher Education," *The Washington Times* (22 February 1999).

"Protectionism in Higher Education," *Boston Globe* (27 April 1999).

"Revolution in Higher Education," *Al-Muftah* (September 1999).

"Interview with James V. Koch," <u>*Chronicle of Higher Education*</u> (19 May 2000).

"Person to Person Interview with James V. Koch," *Athletic Business* (May 2000).

"Old Fashioned Protectionism in Higher Education," *Distance Education* (1 June 2000).

"Major League Sports Teams Often Fall Short for Cities," *The Virginian Pilot* (19 November 2001)

"The Cost of War in Iraq," *The Missoulian* (16 February 2003)

"Housing Market Stable if Navy Stays," *Virginian-Pilot* (27 August 2003), Gil Yochum, co-author.

"U.S. Jobless Statistics Aren't Always Reliable," *Virginian-Pilot* (15 February 2004)

"The Pros and Cons of Off-Shore Jobs," *The Daily Press* (7 April 2004)

"Two Major Economic Issues Confront Bush: Deficit, Energy," *Virginian-Pilot* (28 November 2004)

"Harvard's President Shouldn't Be Gagged," *Virginian-Pilot* (25 January 2005)

"It's Not About the Coffee," *Daily Press* (14 August 2005)

"BRAC," *Virginian-Pilot* (28 August 2005), with V. Agarwal and G. Yochum

"The Race to the Bottom of the Bay," *Daily Press* (xx September 2005)

**James V. Koch**
**Page Sixteen**

"Alternative to Price Gouging is Worse," *Virginian-Pilot* (5 October 2005)

"Gauging Wal-Mart," *Virginian-Pilot* (9 April 2006)

"Immigration," *Virginian-Pilot* (16 July 2006).

"The Most Important Economist You Never Heard of," *Virginian-Pilot* (19 November 2006).

"How to Price the Internet," *Virginian-Pilot* (18 February 2007).
"Foreign Firms Can---And Do---Operate Our Ports Safely," *Virginian-Pilot* (24 June 2007).

"The Gas Tax Versus the CAFE," *Virginian-Pilot* (13 January 2008).

"A Sensible Tax," *Bacon's Rebellion* (28 January 2008),

http://www.baconsrebellion.com/Issues08/01-28/Koch.php.

"User Fees in Transportation," *Roanoke Times* (9 June 2008). This piece appeared in a half-dozen other newspapers in Virginia about the same time.

"Local Economy Will Bottom Out in 2010: Interview with James V. Koch," *Inside Business* (6 January 2009).

"A Word from the Economists," *Inside Business* (23 February 2009).

"Let's Raise Fuel Prices, Not Fuel Standards," *Daily Press* (28 June 2009).

"The sea is rising and coastal land is sinking, and local leaders should make flooding a priority issue," *Daily Press* (13 January 2010).

"Like the Pharmaceutical Market: The Real Cost of College Textbooks," *New York Times* (26 July 2010).

"Down: Costs Appear to Exceed Benefits (Light Rail)," *Virginian-Pilot* (18 October 2010).

"World War II Lessons Valid 70 Years Later," *Virginian-Pilot* (6 May 2012).

James V. Koch
Page Seventeen

"Economic Impact Studies," *Virginian-Pilot* (November 2012).

"Overcoming the Inertia of Higher Education," *Richmond Times Dispatch* (May 23, 2014).

"The State of the Commonwealth," *Richmond Times Dispatch* (October 4, 2016).

"College Costs Are Out of Control," *Richmond Times Dispatch* (forthcoming).

Dozens of other opinion pieces in the *Virginian-Pilot* dealing with Old Dominion University

## Selected Consultantships

Mid-State Educational Consultants
Northern Illinois Gas Company
State Farm Insurance Company
Synergy, Inc., Washington, DC
Curtis Engine Company
Air Line Pilots Association
National Football League Players Association
Illinois Bankers Association
Underwriters Adjustment Company
State of Illinois Advisory Council on Vocational Education
National Endowment for the Humanities
College Football Association
Association of Intercollegiate Athletics for Women
World Bank
Kingdom of Jordan
Weeks Seed Company
Hampton Roads Economic Development Alliance
AGL Resources
Virginia Natural Gas
Dominion Virginia Resources
Virginia Manufacturers Association

**James V. Koch**
**Page Eighteen**

Cox Communications
CW Optics
Eastern Virginia Medical School
Bon Secours Health System
Amerigroup, Inc.
WellCare Health Plans, Inc.
Bayshore Concrete
Valley Health System
American Institute of CPAs, Washington, DC
Defense Contractors Audit Institute, Memphis, TN
CRT Tanaka, VA
Towne Bank, Hampton Roads, VA
Lumina Foundation
City of Portsmouth, VA
City of Virginia Beach, VA
Southern Coalition for Social Justice
University of Georgia Board of Regents
Partners for Affordable Excellence @ EDU
Nansemond Suffolk Academy, VA
University Health Systems, NC


## Consultant And/Or Expert Court Witness: Law Firms, Organizations

Jenner and Block, Chicago, IL
Jerome Torshen, Chicago, IL
McDermott, Will and Emery, Chicago, IL
Scheider, Reilly, and Zabin, Boston, MA
Welburn and Ley, Boston, MA
Morris Michelson, Boston, MA
McMahon and McMahon, Providence, RI
Vonachen, Cation, et al., Peoria, IL
Bane, Allison, et al., Bloomington, IL
Mort Segall, Champaign, IL
Walstad and Asselin, Washington, DC
Dykema and Gossett, Detroit, MI
Lovett and Linder, Providence, RI
Belford and Belford, Fall River, MA Choate, Halsey, and Stewart, Boston, MA

**James V. Koch**
**Page Nineteen**

Harold Howard, San Francisco, CA
Finn and Crane, Cambridge, MA
Belli, Weil, and Jacobs, Rockville, MD
Guy Gallone, Cranston, RI
Dale Grant, North Attleboro, MA
Shanahan and Quinn, Providence, RI
Van Treese and Wyndham, Indianapolis, IN
Lowe, Steele, et al., Indianapolis, IN
Renouf and Polivy, Washington, DC
Crowe and Dunlevy, Oklahoma City, OK
Evans, Kitchell and Jenckes, Phoenix, AR
Browne, Torrance, et al, Marion, IN
Sommers and Barnard, Indianapolis, IN
White, Beasley, et al., Muncie, IN
Chapleau and Farabaugh, South Bend, IN
Powers, Harsh, and Kinder, Providence, RI
Gordon, Silberman, Wiggins and Childs, Birmingham, AL
Cain, Hibbard, and Myers, Pittsfield, MA
Nazarian and Nocera, Pawtucket, RI
Charles Gray, Chester, VA
Penny and Barnes, Elizabeth City, NC
Payne, Gates, Farthing, and Radd, Norfolk, VA
Collier, Shannon, Rill and Scott, Washington, DC
King, Pagano, and Harrison, Washington, DC
Vandeventer, Black, Meredith, and Martin, Norfolk, VA
Stokes, Timms, Bell and Vaiden, Norfolk, VA
Hopkins and Associates, Tarboro, NC
Philip Liebman, Virginia Beach, VA
Jon Paulson, Accomack, VA
McGuire Woods, Norfolk, VA and Richmond, VA
Reid Ervin, Norfolk, VA
Gary, Williams, Parenti, et al., Stuart, FL
Tricia Hoffler, Norfolk, VA
Hazel, Thomas, et al., Richmond, VA
LeClaire Ryan, Alexandria, VA
Stokes, Timms, Bell and Vaiden, Williamsburg, VA
Huff, Poole and Mahoney, Virginia Beach, VA
Kelley, Drye, et al., Washington, DC
Willcox and Savage, Norfolk, VA
Jones, Blechman, Woltz and Kelly, Newport News, VA
Williams and Mullen, Richmond, VA
U.S. Department of Justice
Bruce J. Klores and Associates, PC, Washington, DC

**James V. Koch**
**Page Twenty**

The Cochran Firm, Washington, DC
McCandlish, Holton, Richmond, VA
Wolcott Rivers Gates, Virginia Beach, VA
Adler, Murphy and McQuillen, Chicago, IL
Oast Law Firm, Virginia Beach, VA
Judicial Conference of the Fourth Federal Court Circuit
Southern Coalition, Raleigh, NC
Partners for Affordable Excellence @ EDU Foundation, VA
Virginia Wind Energy Coalition, VA
Williams and Mullen, Norfolk, VA
Arent Fox, New York City
Fourth Judicial Circuit, United States District Courts
Pierce and Thornton, Norfolk, VA
Sands, Anderson, Richmond, VA
Schrempf and Ware, Newport News, VA
Davis Law Group, Chesapeake, VA

## Consultant and/or Expert Witness: Colleges and Universities

Alabama A&M University
Albright College (PA)
Ashland University (OH)
Auburn University (AL)
Bethany College (WV)
Birmingham Southern College (AL)
Bishop State Community College (AL)
California Lutheran University
Coastal Carolina University (SC)
College of DuPage (IL)
Community College of Baltimore County (MD)
Defense Contractors Auditors Institute (TN)
Eastern Kentucky University
Eastern Virginia Medical School
Eastern Washington University
Florida Gulf Coast University
Florida Institute of Technology
Franklin University (OH)
Grambling State University (LA)

**James V. Koch**
**Page Twenty One**

Hood College (MD)
Illinois State University
Louisiana Tech University
Marian College (WI)
Molloy College (NY)
Morgan State University (MD)
Muhlenberg College (PA)
Newberry College (SC)
Nicholls State University (LA)
Norfolk State University (VA)
Regent University (VA)
Sierra Nevada College (NV)
Stephens College (MO)
Sterling College (KS)
St. Leo University (FL)
Talladega College (AL)
Towson University (MD)
Truett-McConnell College (GA)
Union Institute and University (OH, VT)
University of Central Florida
University of Hawai'i
University of Louisiana Lafayette
United States Air Force University (AL)
University of Louisiana Monroe
University of New Haven (CT)
University of Pittsburgh (PA)
University of the South (TN)
University of Central Florida
University of West Florida
Virginia State University
Virginia Wesleyan College
Waynesburg College (PA)
Wesley College (DE)
Western Kentucky University
Western Maryland College
Westminster College (UT)
Yavapai College (AZ)

**051516**

December 29, 2016

Mr. Gregory E. Camden
Montagno Klein and Camden
425 Monticello Avenue
Norfolk, VA 23510

Dear Mr. Camden:

You have asked me to utilize the hourly billing rates for attorneys found in the Laffey Matrix[1] for the Washington DC metropolitan region as the basis for estimating comparable hourly rates for attorneys in the Virginia Beach/Norfolk/Newport News metropolitan region (which henceforth I will abbreviate to the Virginia Beach metropolitan region).  You further asked me to assume that I am dealing with an attorney with 20+ years of experience and to provide estimates viewed both from January 2014 and November 2016.

The Laffey Matrix can be adjusted for the passage of time by relying upon changes in the legal services index in the Consumer Price Index produced by the Bureau of Labor Statistics (BLS).

The Laffey Matrix also can be adjusted for price and income differentials between Washington DC and the Virginia Beach metropolitan region by means of Bureau of Labor Statistics data that report the mean incomes of attorneys located in the Washington DC region versus those located in the Virginia Beach region.

I have taken two views of this situation in terms of time: January 2014 and November 2016.

<u>Viewed from January 2014</u>

The Laffey Matrix hourly rates span calendar years, June 1 through May 31 in each year.  For 2013-2014, the Laffey rate for an attorney with 20+ years of experience was $771.  I updated this to November 2016 by means of the CPI-U for legal services.  The CPI legal services value for January 2014 value was 315.758; its November 2016 value was 339.966.  The ratio of the two (which reflects growth) is 339.966/315.758 = 1.077.  Hence, $771 * 1.077 = $830.37.  This is the November 2016 Laffey Matrix hourly rate for attorneys in the Washington DC metropolitan region.

The BLS reports that the mean income of attorneys in the Washington DC metropolitan region was $165,540 in May 2015 (the latest available time period), while the mean income of attorneys in the Virginia Beach /Norfolk/Newport News metropolitan region was $119,030.  The ratio between the two is 1.391, meaning that Washington DC hourly values were 39.1 percent higher on that date.  I apply this 1.391 ratio to the $830.37 Laffey rate for Washington DC and deflate It to **$596.96** for the Virginia Beach metro area.

---

[1] This matrix is based on the hourly rates allowed in *Laffey v. Northwest Airlines, Inc.* , 572 F. Supp. 354 (D.D.C. 1983), aff'd in part, rev'd in part on other grounds,746 F.2d 4 (D.C. Cir. 1984), cert. denied, 472 U.S. 1021 (1985).

Attachment
5

Note that the Bureau of Labor Statistics does not compute a separate consumer price index (CPI) for the Virginia Beach metropolitan area and so one cannot rely upon overall CPI estimates to deflate the Washington DC values to those in Virginia Beach.

**Viewed from November 2016**

The Laffey Matrix hourly rate for 2015-2016 was $796. I update this in the same fashion as above for the change in the CPI-U legal services index between January 2016 and November 2016 (339.966/326.623 = 1.041). This makes the November 2016 Laffey hourly rate $828.64 in Wash DC. I once again apply the 1.391 regional deflator to adjust Washington DC to Virginia Beach and emerge with an adjusted Laffey Matrix hourly rate of **$595.72** for the Virginia Beach region.

**Sources:**

The Laffey Matrix for 1994-2017 can be found at www.laffeymatrix.com/see.html.

Bureau of Labor Statistics data for the legal services component of the Consumer Price Index (CPI) can be found for each month and each year in Table 4, Consumer Price Index for All Urban Consumers, Seasonally Adjusted, www.bls.gov/cpi.

Bureau of Labor Statistics data reporting the mean annual incomes of attorneys based in the Washington DC and Virginia Beach metropolitan areas can be found at www.bls.gov/oes/current/oes_47900.htm for Washington DC and www.bls.gov/oes/current/oes_47260.htm for Virginia Beach.

Please contact me should you have any questions.

Sincerely,

James V. Koch

Board of Visitors Professor of Economics
 and President Emeritus

**U S. Department of Labor**          Benefits Rev ew Board
                                      PO Box 37601
                                      Washington, DC 20013-7601



                          BRB Nos. 09-0294
                          and 09-0294A                    

ROBERT GREEN                         )
                                     )
         Claimant-Petitioner         )
         Cross-Respondent            )
                                     )
     v.                              )
                                     )
CERES MARINE TERMINALS.              )    DATE ISSUED: **MAR 3 0 2010**
INCORPORATED                         )
                                     )
         Self-Insured                )
         Employer-Respondent         )
         Cross-Petitioner            )
                                     )
DIRECTOR, OFFICE OF WORKERS'         )
COMPENSATION PROGRAMS, UNITED        )
STATES DEPARTMENT OF LABOR           )
                                     )
         Respondent                  )    ORDER

Claimant's counsel has filed a complete itemized statement requesting a fee for services performed before the Board in connection with the defense of employer's appeal of the administrative law judge's award of benefits.[1]   BRB No. 09-0294A. Counsel requests a fee of $2,482, representing 4.52 hours of attorney work at the hourly rate of $350, and 6 hours of paralegal work at the hourly rate of $150.   Employer has filed objections to this fee request, arguing that the entries are excessive, vague and unsubstantiated, and that the hourly rate requested for the paralegal work is excessive as the person does not have a paralegal certificate.   Claimant submitted a reply brief, to which employer responded by letter.

We reject employer's contention that the 8 hours requested to research, draft and edit claimant's response brief is excessive.  Contrary to employer's contention, more than one issue was raised in employer's appeal, and claimant successfully defended his award. In addition, counsel has adequately established the credentials of "KAM."   In order to be compensable, the professional status of the person performing the work must be

---

[1] Claimant's appeal, BRB No. 09-0294, was unsuccessful.

**Attachment
6**

identified including her professional training, education and experience, and her work must be necessary to defend the award of benefits. *See* 20 C.F.R. §802.203(d)(2). Claimant's counsel responded that the requested hourly rate of $150 for work performed by the person identified by the initials "KAM" was based on her experience as a paralegal and brief writer and the historical rate awarded for her services in cases under the Act.[2] As the fee petition adequately identifies KAM as a paralegal, we find that the hourly rate of $150 is reasonable in this case, 20 C.F.R §802.203(d)(4), and the number of hours requested to be reasonably commensurate with necessary work performed. 20 C.F.R. §802 203(e).

Employer also contends that the entries from June 18, 2009 to August 20, 2009, are not for services performed before the Board. We agree that the .13 entry on June 18, 2009 identified as "letter to judge" and the entries identified as the receipt and review of the administrative law judge's decision on July 27 ( 25) and August 20, 2009, (.13) were not necessary for the defense of employer's appeal, and thus they are disallowed. In all other respects, we find that the fee request is reasonable for necessary services performed. Therefore, we award claimant's counsel an attorney's fee payable by employer in the amount of $2,303.50, representing 4.01 hours of attorney work at the hourly rate of $350 ($1,403 50) and 6 hours of paralegal work at the hourly rate of $150 ($900). 33 U.S C. §928; 20 C.F.R. §802 203

NANCY S. DOLDER, Chief
Administrative Appeals Judge

ROY P. SMITH
Administrative Appeals Judge

BETTY JEAN HALL
Administrative Appeals Judge

---

[2] Counsel states "KAM" has worked for his firm for over eight years, and he notes her educational background. Reply Brief at 3-4