# IN THE UNITED STATES CIRCUIT COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **METRO MACHINE CORPORATION,** d/b/a **GENERAL DYNAMICS NASSCO-NORFOLK; SIGNAL MUTUAL INDEMNITY ASSOCIATION LIMITED,** | **No.       15-2525** **BRB No.:   2014-0425** **CASE No.:   2013-LHC-0934** |
| Petitioners. | **OWCP No.: 05-126874** |

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, DELORES STEPHENSON,**

Respondents.

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR ATTORNEY'S FEES

NOW COMES Petitioner, Metro Machine Corporation, by counsel, and moves to extend the time required to respond to the Motion for Attorney's Fees to May 5, 2017.  Pursuant to FRAP Local Rule 27(a), Counsel for Respondent have been informed of the intended filing of this motion and advises he has no objection to the motion.

Respectfully submitted,

/s/ F. Nash Bilisoly

F. Nash Bilisoly, VBN: 19066
Counsel for Petitioners
VANDEVENTER BLACK, LLP
500 World Trade Center
101 W. Main Street
Norfolk VA  23510
(757) 446-8600

## <u>CERTIFICATE OF COMPLIANCE</u>

1.    This motion complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f):

[ X ] this motion contains [*119*] words.

[   ] this motion uses a monospaced type and contains [*state the number of*] lines of text.

2.    This motion complies with the typeface and type style requirements because:

[ X ] this motion has been prepared in a proportionally spaced typeface using [*Microsoft Word 2016*] in [*14pt Times New Roman*]; *or*

[   ] this motion has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

Dated: <u>April 12, 2017</u>        <u>/s/ F. Nash Bilisoly</u>
                                      *Counsel for Petitioners*

## <u>CERTIFICATE OF FILING AND SERVICE</u>

I hereby certify that on this 12th day of April, 2017, I caused this Motion for Extension of Time to Respond to Motion for Attorney's Fees to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Matthew W. Boyle
Mark A. Reinhalter
U.S. DEPARTMENT OF LABOR
Office of the Solicitor
200 Constitution Avenue, NW N-2117
Washington, D.C.  20210
(202) 693-5658

*Counsel for Respondent*
  *Director, Office of Workers'*
  *Compensation Programs,*
  *United States Department of Labor*

Gregory E. Camden
MONTAGNA, KLEIN,
  CAMDEN, LLP
425 Monticello Avenue
Norfolk, VA  23510
(757) 622-8100

*Counsel for Respondent*
*Delores Stephenson*

/s/ F. Nash Bilisoly
*Counsel for Petitioners*

4