# IN THE UNITED STATES CIRCUIT COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**METRO MACHINE CORPORATION,
d/b/a GENERAL DYNAMICS NASSCO-
NORFOLK; SIGNAL MUTUAL
INDEMNITY ASSOCIATION LIMITED,**

**Petitioners.**

No.            15-2525
BRB No.:       2014-0425
CASE No.:      2013-LHC-0934
OWCP No.:      05-126874

**v.**

**DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT
OF LABOR, DELORES STEPHENSON,**

**Respondents.**

### MOTION FOR EXTENSION OF TIME TO RESPOND
### TO MOTION FOR ATTORNEY'S FEES

NOW COMES Petitioner, Metro Machine Corporation, by counsel, and, pursuant to Fed. R. App. P. Local Rule 27(a), seeks leave of court to extend the filing time for its response to the Motion for Attorney's Fees. Counsel for both Respondent Stephenson and the Department of Labor have been informed of the intended filing of the motion and advise they are in agreement and have no objection to the filing of the Motion or the Request for Extension of Time.

The Motion for Attorney's Fees filed by Respondent Stephenson included evidence in the form of expert opinion. The parties have agreed to the following

1

schedule if acceptable to the Court: Petitioners may file evidence in response to Petition for Attorney's Fees on or before *July 17, 2017*; Petitioners may file a Brief in Opposition to Petition for Attorney's Fees on or before *July 31, 2017*; and Respondents may file a Reply Brief on or before *August 14, 2017*.

 Petitioner hereby moves for entry of an appropriate Order encompassing the agreement.

            Respectfully submitted,

            /s/ F. Nash Bilisoly
            F. Nash Bilisoly, VBN: 19066
            Vandeventer Black LLP
            101 West Main Street
            500 World Trade Center
            Norfolk, Virginia 23510
            Tel No.: (757) 446-8600
            Fax No.: (757) 446-8670
            Email: nbilisoly@vanblacklaw.com

## **CERTIFICATE OF COMPLIANCE**

1. This motion complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   [ X ] this motion contains [*235*] words.

   [  ] this motion uses a monospaced type and contains [*state the number of*] lines of text.

2. This motion complies with the typeface and type style requirements because:

   [ X ] this motion has been prepared in a proportionately spaced typeface using [*Microsoft Word 2016*] in [*14pt Times New Roman*]; *or*

   [  ] this motion has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].


Dated: <u>May 18, 2017</u>                                       <u>/s/ F. Nash Bilisoly    </u>
                                                                          *Counsel for Petitioners*

3

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 18th day of May, 2017, I caused this Motion for Extension of Time to Respond to Motion for Attorney's Fees to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

| | |
|---|---|
| Matthew W. Boyle<br>Mark A. Reinhalter<br>U.S. DEPARTMENT OF LABOR<br>Office of the Solicitor<br>200 Constitution Avenue, NW N-2117<br>Washington, D.C. 20210<br>(202) 693-5658 | Gregory E. Camden<br>MONTAGNA, KLEIN,<br>  CAMDEN, LLP<br>425 Monticello Avenue<br>Norfolk, VA 23510<br>(757) 622-8100 |
| *Counsel for Respondent*<br>  *Director, Office of Workers'*<br>  *Compensation Programs,*<br>  *United States Department of Labor* | *Counsel for Respondent*<br>  *Delores Stephenson* |

/s/ F. Nash Bilisoly
*Counsel for Petitioners*

4851-7498-9640, v. 1

4